**07 C 6451**

**JUDGE NORGLE
MAGISTRATE JUDGE COX**

**CEM**

*EXHIBIT B*



# CVS/pharmacy

Welcome! **Sign in or sign up** for easier shopping.

**$5 OFF** orders of $30 **PLUS SHIP FREE!***

**Shopping Cart** *Quick View*
Items: n/a
Current Total: n/a



**Get $4 off $20** when you sign up for email offers from ExtraCare

## Weekly Store Ads

**Weekly Store Ad Home**, Item Detail

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads are available only for the store location you have chosen, and may vary from CVS.com and/or other stores.

**Weekly Store Ad for this CVS/pharmacy store:**

8225 East Garvey Avenue
Rosemead, CA 91770

**Map & driving directions**

**Select another location**

**Printable Shopping List**

0 Ads on your list

**Print and view your list**

**Sign up for Email Alerts of new Weekly Store Ads:**

email address here

**Search Weekly Store Ads:**

**View all**

**More ways to browse:**

**Categories**
-- click to select --

**Brands**
-- click to select --

**Flash or HTML**

**Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n**

<< Back   View all **items** from this Weekly Store Ad page

**Mirrored Jewelry Box**

$49.99
thru Nov 10

+ **Add to Shopping List**

• Tilt mirror 55" with stand • Holds minimum 33 p earrings • Necklace & bracelet hooks • Rod for bar tennis bracelets

<< Back   View all **items** from this Weekly Store Ad page

**Online Only Specials**

- LIMITED TIME -
***FREE** STANDARD SHIPPING ON NONPRESCRIPTION ORDERS OF $30 OR MORE!*

Yours is a story of caring.
Share it here >

**$5 OFF** your order of $30!*
Plus, FREE Shipping >

Be pre for fl
Flu Sh
Lear

# CVS/pharmacy

Welcome! **Sign in or sign up** for easier shopping.


**$5 OFF** orders of $30  PLUS SHIP FREE!

**Shopping Cart** *Quick View*
Items: n/a
Current Total: n/a

**Get $4 off $20** when you sign up for email offers from ExtraCare

## Weekly Store Ads

**Weekly Store Ad Home**, Browse Weekly Store Ad: Page 2

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads are available only for the store location you have chosen, and may vary from CVS.com and/or other stores.

**Weekly Store Ad for this CVS/pharmacy store:**

8225 East Garvey Avenue
Rosemead, CA 91770

**Map & driving directions**

**Select another location**

**Printable Shopping List**

0 Ads on your list

**Print and view your list**

**Sign up for Email Alerts of new Weekly Store Ads:**

email address here

**Search Weekly Store Ads:**

**View all**

**More ways to browse:**

**Categories**
-- click to select --

**Brands**
-- click to select --

**Flash or HTML**

**Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n**

<< Previous | View all pages |    Jump to: Page 2    | Next >>

Facing pages | Large image



Facing pages | Large image
Print this page

Items on Page 2

**Mirrored Jewel**
$49.99
thru Nov 10
Add to Shoppin

**Charging Static**
$19.99 WITH CARD
thru Nov 10
Add to Shoppin

**AS SEEN ON TV**
$14.99 EACH
thru Nov 10
Add to Shoppin

**Duraflame**
$14.99 WITH CARD
thru Nov 10
Add to Shoppin

**AS SEEN ON TV**
It's Like Paying...$13.99 after extra buc

http://cvs.shoplocal.com/cvs/Default.aspx?action=browsepagesingle&storeid=2506863&r...    11/07/2007