11/14/2007 08:15    3124228001    LATIMER LEVAY JURASE    PAGE 02/03

CM/ECF LIVE, Ver 3.0 - U.S. District Court, Northern Illinois    Page 1 of 1

**Complaints**
1:07-cv-99999 Plaintiff v. Defendant

**07 C 6451**

Docket Text: Modify as Appropriate.
COMPLAINT [            ] filed by Plaintiff; Jury Demand. Filing fee $ 350, receipt number 2320427. (Attachments: # (1) Exhibit Exhibit A# (2) Exhibit Exhibit B# (3) Civil Cover Sheet # (4) Appearance) (Levine, Donald)

**JUDGE NORGLE**
**MAGISTRATE JUDGE COX**

[ Next ]  [ Clear ]

**CEM**

https://ecf.ilnd.uscourts.gov/cgi-bin/Dispatch.pl?203122989376978-UNKNOWN-0    11/8/2007

**Rowena Holt**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Thursday, November 08, 2007 2:24 PM |
| To: | Rowena Holt |
| Subject: | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UDV9FF
Payment Agency Tracking ID: 2320427

Cardholder Name: Michael C. Jurasek
Cardholder Address: 55 West Monroe Street
                    Suite 1100
Cardholder City: Chicago
Cardholder State: IL
Cardholder Country: USA
Cardholder Zip Code: 60603
Card Type: Master Card
Payment Amount: $350.00
Transaction Date: Nov 8, 2007 3:24:02 PM

1