**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6451**

| In the Matter of | Case Number: |
|---|---|

Lori Greiner, an individual and For Your Ease Only, Inc., an Illinois corporation v. CVS Corp., a Rhode Island Corporation and ATICO International USA, Inc., a Delaware Corporation

**JUDGE NORGLE**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lori Greiner, an individual and For Your Ease Only, Inc., an Illinois Corporation

**CEM**

| NAME (Type or print) |
|---|
| Donald B. Levine |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Donald B. Levine |

| FIRM |
|---|
| Latimer LeVay Jurasek, LLC |

| STREET ADDRESS |
|---|
| 55 West Monroe Street, Suite 1100 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 01637355 | 312/422-8000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |