AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Lori Greiner and For Your Ease Only, Inc.

CASE NUMBER: 07 -cv- 06451

V.

ASSIGNED JUDGE: Charles R. Norgle, Sr.

CVS Corp., a Rhode Island Corporation and ATICO International USA, Inc., a Delaware corporation

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ATICO International USA, Inc., a Delaware corporation, 501 S. Andrews Avenue, Fort Lauderdale, Florida 33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald B. Levine, ARDC No. 01637355, LATIMER LEVAY JURASEK, LLC
55 West Monroe Street, Suite 1100, Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Girley_
**(By) DEPUTY CLERK**

December 14, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   *Date*                  *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Serial Number: MERGO25926501

# PROOF OF SERVICE

SERVED: ATICO International USA, Inc., a Delaware corporation

DATE: 12 / 17 /2007
(Date of Service)

PLACE: CT Corporation
280 South LaSalle Street
Suite 814
Chicago, IL 60604

DOCUMENTS: **Federal Summons, Complaint with Exhibits, and Civil Case Cover Sheet**

| SERVED ON (PRINT NAME & TITLE) | MANNER OF SERVICE |
|---|---|
| Dawn Schultz, Service of Process Specialist | Personal in hand (Place and X in the applicable box) ☒ at CT Corporation, the Registered Agent for ATICO International USA, Inc., a Delaware corporation, expressly authorized to accept service of process for same, a true and correct copy thereof. |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Benjamin Rogers | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 12 / 17 /2007.

*[Notary signature: Felicia Conroy]*

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Re: 13345.0147/USZA

SIGNATURE OF SERVER

134 North LaSalle
Suite 750
Chicago, IL 60602
ADDRESS OF SERVER

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

This proof consists of 1 page(s), this is page 1 of 1

330 Second Avenue South, Suite 150
Minneapolis, MN, 55401

www.metrolegal.com
(800) 488-8994

332 Minnesota Street, Suite N-105
Saint Paul, MN 55101