**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| LORI GREINER, an Individual, and <br> FOR YOUR EASE ONLY, INC. <br> an Illinois Corporation, <br>                       Plaintiff, <br> v. <br><br> CVS CORP., a Rhode Island Corporation, <br> and ATICO INTERNATIONAL <br> USA, INC., a Delaware Corporation <br><br>                      Defendant, | Case No. 07 CV 06451 |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on this December 26, 2007, I electronically filed with the Clerk of the above-referenced Court, the **Summons and Proof of Service upon CVS Corp., a Rhode Island corporation, and the Summons and Proof of Service upon ATICO International USA, Inc., a Delaware corporation,** copies of which are attached hereto.

                                                LORI GREINER AND
                                                FOR YOUR EASE ONLY, INC.,

                                                By their attorneys,


                                                  /s/ Donald B. Levine
                                                Donald B. Levine, ARDC No. 01637355
                                                LATIMER LEVAY JURASEK L.L.C.
                                                55 West Monroe Street
                                                Suite 1100
                                                Chicago, IL 60603
                                                (312) 422-8000


                                                and

                                                Daniel W. McDonald
                                                Merchant & Gould P.C.
                                                3200 IDS Center
                                                80 South Eighth Street
                                                Minneapolis, MN  55402-2215
                                                (612) 332-5300

N:\Clients\40000-12\docs\NOF 122607.doc

## PROOF OF SERVICE

To:  CT Corporation, as Registered Agent for
 ATICO International USA, Inc.
 280 South LaSalle Street, Suite 814
 Chicago, Illinois  60604

 CVS Corp.
 One CVS Drive
 Woonsocket, Rhode Island  02895

I, the undersigned, do hereby certify that I served the foregoing **Notice of Filing and Summons and Proof of Service upon CVS Corp., a Rhode Island corporation, and the Summons and Proof of Service upon ATICO International USA, Inc., a Delaware corporation,** by mailing copies to those individuals as listed above, by depositing same in the U.S. mail depository located at 55 West Monroe Street, Chicago, Illinois on December 26, 2007, postage prepaid.

 /s/ Donald B. Levine
 Donald B. Levine, ARDC No. 01637355
 LATIMER LEVAY JURASEK L.L.C.
 55 West Monroe Street
 Suite 1100
 Chicago, IL 60603
 (312) 422-8000