**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                                  Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)         TELEPHONE  NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES          NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES          NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES          NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES          NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL              APPOINTED COUNSEL |

# **CERTIFICATE OF SERVICE**

David B. Goodman, an attorney, hereby certifies that he caused a copy of the foregoing **Appearance** through the CM/ECF Court Filing System to be served on:

> Donald B. Levine
> Latimer LeVay Jurasek LLC
> 55 West Monroe Street
> Suite 1100
> Chicago, IL 60603

and by First Class U.S. Mail from 321 N. Clark Street, Suite 800, Chicago, Illinois in properly addressed envelope with postage prepaid to be served on:

> Daniel W. McDonald
> Merchant & Gould P.C.
> 3200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402-2215

on this 7th day of January, 2008.

>                     /s/   David B. Goodman
>                           David B. Goodman

{9086 CER A0196679.DOC}