## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LORI GREINER, individual, and FOR YOUR EASE ONLY, INC.<br><br>    Plaintiffs,<br><br>vs.<br><br>CVS CORPORATION, ATICO INTERNATIONAL USA, INC.,<br><br>    Defendants. | Case No. 07 C 6451<br><br>The Honorable Judge Charles Norgle<br><br>Magistrate Judge Susan Cox |

### NOTICE OF MOTION

**TO:**  Donald B. Levine                              Daniel W. McDonald
        Latimer LeVay Jurasek LLC          Merchant & Gould P.C.
        55 West Monroe Street                 3200 IDS Center
        Suite 1100                                       80 South Eighth Street
        Chicago, IL  60603                         Minneapolis, MN 55402-2215

**PLEASE TAKE NOTICE** that on **January 18, 2008, 9:30 a.m.,** or soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Charles R. Norgle, Sr.,** in courtroom 2341, or in room usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Atico's Motion To Dismiss,** a copy of which is attached hereto and hereby served upon you.

{9086 NOM A0197122.DOC}

Dated:  January 10, 2008 Respectfully Submitted,

    /s/ David B. Goodman
Counsel For Atico International USA, Inc.

*Attorneys for Defendant Atico International USA, Inc.*

David B. Goodman ( IL Bar No. 6201242)
Shaw Gussis, *of counsel*
321 N. Clark Street, Suite 800
Chicago, Illinois 60610
Tel. 312-541-0151
Fax 312-980-3888
dgoodman@shawgussis.com

*Of Counsel & Pro Hac Vice*
Jason R Buratti (D.C. Bar Number 473816)
Jeffrey H. Kamenetsky (Fl. Bar Number 114571)
Joseph R. Englander (Fl. Bar Number 935565)
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
jburatti@cwiplaw.com
jkamenetsky@cwiplaw.com

**CERTIFICATE OF SERVICE**

David B. Goodman, an attorney, hereby certifies that he caused a copy of DEFENDANT ATICO'S NOTICE OF MOTION AND MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Donald B. Levine
> Latimer LeVay Jurasek LLC
> 55 West Monroe Street
> Suite 1100
> Chicago, IL  60603

and by First Class U.S. Mail from 321 N. Clark Street, Suite 800, Chicago, Illinois in properly addressed envelope with postage prepaid to be served on:

> Daniel W. McDonald
> Merchant & Gould P.C.
> 3200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402-2215

on this 10th day of January, 2008.

>                 /s/   David B. Goodman
>                 David B. Goodman

{9086 NOM A0197122.DOC}