## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Lori Greiner, et al.
                     Plaintiff,

v.                                       Case No.: 1:07−cv−06451
                                            Honorable Charles R. Norgle Sr.

CVS Corp., et al.
                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

       MINUTE entry before Judge Charles R. Norgle Sr.:Briefing schedule as to motion to dismiss[11]is set as follows: Response due by 2/1/2008; Reply due by 2/15/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.