# EXHIBIT A

Case 1:07-cv-06451 Document 14-2 Filed 01/17/2008 Page 1 of 8

US00D528840S

## (12) United States Design Patent
### Greiner

(10) Patent No.: **US D528,840 S**
(45) Date of Patent: ⁑⁑ **Sep. 26, 2006**

(54) **JEWELRY STORAGE CONTAINER**

(76) Inventor: Lori Greiner, 1301 Dearborn Pkwy., Suite 402, Chicago, IL (US) 60610

(⁑⁑) Term: 14 Years

(21) Appl. No.: 29/198,693

(22) Filed: **Feb. 3, 2004**

(51) LOC (8) Cl. .................................... 06-04
(52) U.S. Cl. ..................................... D6/559
(58) Field of Classification Search .......... D6/553, D6/559, 560, 561, 329, 396, 432, 448, 436–439, D6/444–446; 312/209, 234, 224–225, 242, 312/245; 206/320, 823
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D237,234 S  *  10/1975  Wertz .................... D6/559
D243,136 S       1/1977  Foster

(Continued)

OTHER PUBLICATIONS

Fine Wood Working; Greene and Greene, Sep. 1978; No. 12; p. 51.
Fine Wood Working; Woodworking in Mendocino, Jul./Aug. 1981; No. 29, p. 37.
Fine Wood Working; Picture Framing; Jul./Aug. 1982; No. 35, p. 88.
Fine Wood Working; Furnituremaking in the Northwest; Mar./Apr. 1983; No. 39, p. 80.
Fine Wood Working; Building a Secretair-Bookcase; Jan./Feb. 1983; No. 38, p. 98.
Fine Wood Working; Making Cabriole Legs; Sep./Oct. 1983; No. 42, p. 71.
Fine Wood Working; Painted Chests; Sep./Oct. 1984; No. 48, p. 32.
Fine Wood Working; Tage Frid; May/Jun. 1985; No. 52, p. 69.
Fine Wood Working; Tuning-Up a Tablesaw; Sep./Oct. 1989; No. 78, p. 51.
Fine Wood Working; Woodworking in Hawaii; Aug. 1990; No. 83, p. 38.
Fine Wood Working; Krenov Students' Show; Dec. 1991; No. 91, p. 96.
Fine Wood Working; Cabinet Lighting; Aug. 1993; No. 101; by Jean Sousa.

(Continued)

*Primary Examiner*—Brian N Vinson
(74) *Attorney, Agent, or Firm*—Fredrikson & Byron, P.A.

(57) **CLAIM**

The ornamental design for a jewelry storage container, as shown and described.

DESCRIPTION

FIG. 1 is a perspective view of the exterior of our new container.
FIG. 2 is a front elevation view of our new container.
FIG. 3 is a right side elevation view of our new container.
FIG. 4 is a left side elevation view of our new container.
FIG. 5 is a top plan view of our new container. The bottom plan view of our new container is a mirror image of FIG. 5.
FIG. 6 is a perspective view of the interior of a first embodiment of our new container.
FIG. 7 is a perspective view of the interior of a second embodiment of our new container, where earring bars are removably mounted on metal strips on the inner surface of the door.
FIG. 8 is a front elevation view of an earring bar used with the embodiment of FIG. 7.
FIG. 9 is a back elevation view of the earring bar of FIG. 8.
FIG. 10 is a top plan view of an earring bar of FIG. 8.
FIG. 11 is a bottom plan view of a new earring bar of FIG. 8; and,
FIG. 12 is a right side view of the earring bar of FIG. 8. The left side view of the earring bar of FIG. 8 is a mirror image of FIG. 1.
The broken lines in the drawing do not form a part of the claimed invention.

**1 Claim, 5 Drawing Sheets**



| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| 4,076,350 A | | 2/1978 | Crist | | | |
| 4,209,212 A | | 6/1980 | McGoldrick | | | |
| D280,876 S | | 10/1985 | Chabanet | | | |
| D297,087 S | | 8/1988 | Fortescue | | | |
| D303,894 S | | 10/1989 | Baus | | | |
| D321,451 S | | 11/1991 | Greve | | | |
| 5,141,300 A | * | 8/1992 | Ciesla | | | 312/245 |
| 5,163,745 A | | 11/1992 | Zagata | | | |
| 5,368,378 A | | 11/1994 | Curtis | | | |
| D366,796 S | | 2/1996 | Crowley | | | |
| D383,937 S | | 9/1997 | Myers | | | |
| D394,762 S | | 6/1998 | Greiner | | | |
| 5,762,184 A | | 6/1998 | Greiner | | | |
| D395,768 S | | 7/1998 | Greiner | | | |
| D416,736 S | * | 11/1999 | Bergin | | | D6/559 |
| D419,353 S | * | 1/2000 | Kato | | | D6/559 |
| 6,158,578 A | | 12/2000 | Greiner | | | |
| 6,595,609 B1 | | 7/2003 | Greiner | | | |
| D497,069 S | * | 10/2004 | Aisley et al. | | | D6/559 |
| D500,224 S | * | 12/2004 | Drehs | | | D6/559 |
| 6,857,519 B1 | | 2/2005 | Dactweiler et al. | | | |
| D504,265 S | * | 4/2005 | Walker | | | D6/559 |
| 2003/0146678 A1 | | 8/2003 | Greiner | | | |
| 2004/0000848 A1 | | 1/2004 | Greiner | | | |

OTHER PUBLICATIONS

Color copies of redENVELOPE catalog; Gifts for Valentine's Day 2004; pp. 30 and 32.
"Jewelry-Closet"™ Cabinet, http://web.archive.org/web/20031026073135/www.mingocustomwoods.com, 3 pages (Aug. 2000).

* cited by examiner

FIG.1



FIG.2    FIG.3    FIG.4



FIG.5



FIG.6



FIG.7





FIG.8  FIG.9  FIG.10  FIG.11  FIG.12