# EXHIBIT B




Welcome! **Sign in or sign up** for easier shopping.

Shopping Cart *Quick View*
Items: n/a
Current Total: n/a

# Get $4 off $20 when you sign up for email offers from ExtraCare

## Weekly Store Ads

**Weekly Store Ad Home**, Item Detail

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads are available only for the store location you have chosen, and may vary from CVS.com and/or other stores.



| Weekly Store Ad for this CVS/pharmacy store: | |
|---|---|
| 8225 East Garvey Avenue Rosemead, CA 91770 | |

Map & driving directions

Select another location

Printable Shopping List

0 Ads on your list

**Print and view your list**

Sign up for Email Alerts of new Weekly Store Ads:

email address here

Search Weekly Store Ads:

View all

More ways to browse:

**Categories**
-- click to select --

**Brands**
-- click to select --

**Flash or HTML**

Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n

<< Back   View all **items** from this Weekly Store Ad page

**Mirrored Jewelry Box**

$49.99
thru Nov 10

+ **Add to Shopping List**

•Tilt mirror 55" with stand •Holds minimum 33 p earrings •Necklace & bracelet hooks •Rod for bar tennis bracelets

<< Back   View all **items** from this Weekly Store Ad page

### Online Only Specials

- LIMITED TIME -
*FREE STANDARD SHIPPING ON NONPRESCRIPTION ORDERS OF $30 OR MORE!

Yours is a story of caring. Share it here >

$5 OFF your order of $30!* Plus, FREE Shipping ▶

Be pre for flu

Fl Sh Learn

http://cvs.shoplocal.com/cvs/Default.aspx?action=browsepagedetail&storeid=2506863&r...    11/07/2007

# CVS/pharmacy

Welcome! **Sign in or sign up** for easier shopping.


$5 OFF orders of $30 PLUS SHIP FREE!

Shopping Cart *Quick View*
Items: n/a
Current Total: n/a

## Get $4 off $20 when you sign up for email offers from ExtraCare

## Weekly Store Ads

**Weekly Store Ad Home**, Browse Weekly Store Ad: Page 2

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads are available only for the store location you have chosen, and may vary from CVS.com and/or other stores.

**Weekly Store Ad for this CVS/pharmacy store:**

8225 East Garvey Avenue
Rosemead, CA 91770

**Map & driving directions**

**Select another location**

**Printable Shopping List**

0 Ads on your list
**Print and view your list**

**Sign up for Email Alerts of new Weekly Store Ads:**

email address here

**Search Weekly Store Ads:**

**View all**

**More ways to browse:**

**Categories**
-- click to select --

**Brands**
-- click to select --

**Flash or HTML**

Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n

<< Previous  |  View all pages  |   Jump to: Page 2   |  Next >>

Facing pages | Large image



Facing pages | Large image
Print this page

Items on Page 2

**Mirrored Jewel**
$49.99
thru Nov 10
Add to Shoppin

**Charging Static**
$19.99 **WITH CARD**
thru Nov 10
Add to Shoppin

**AS SEEN ON TV**
$14.99 **EACH**
thru Nov 10
Add to Shoppin

**Duraflame**
$14.99 **WITH CARD**
thru Nov 10
Add to Shoppin

**AS SEEN ON TV**
It's Like Paying...$13.99 after extra buc