IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LORI GREINER, <br> An Individual, <br>      Plaintiff, <br> AND <br><br> FOR YOUR EASE ONLY, INC. <br> An Illinois Corporation, <br><br>      Plaintiff, <br><br> v. <br><br> CVS CAREMARK CORPORATION <br> (formerly CVS CORP.), <br> A Delaware Corporation, <br><br>      Defendant, <br> CVS PHARMACY, INC. <br> A Rhode Island Corporation, <br><br>      Defendant, and <br><br> ATICO INTERNATIONAL USA, INC., <br> A Delaware Corporation <br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07 C 6451 <br><br> Honorable Judge Charles Norgle <br><br> Magistrate Judge Susan Cox <br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF FILING

To: David Benjamin Goodman
   Shaw Gussis Fishman Glanz
   Wolfson & Towbin LLC
   321 North Clark Street
   Suite 800
   Chicago, Illinois 60610

  PLEASE TAKE NOTICE that on this 17th day of January, we electronically filed with the Clerk of the above-referenced Court, the Amended Complaint of Plaintiffs, Lori Greiner and For Your Ease Only, Inc., **a** copy of which is attached hereto.

Page 1 of 2

|  |  |
|---|---|
|  | **LORI GREINER AND FOR YOUR EASE ONLY, INC.,** |
|  | By their attorneys, |
| Date: January 17, 2008 | _____/s/Donald B. Levine_____ <br> Donald B. Levine, IL # 1637355 <br> LATIMER LEVAY JURASEK LLC <br> 55 West Monroe Street <br> Suite 1100 <br> Chicago, IL 60603 <br> (312) 422-8000 |
|  | and |
|  | Daniel W. McDonald <br> Merchant & Gould P.C. <br> 3200 IDS Center <br> 80 South Eighth Street <br> Minneapolis, MN  55402-2215 <br> (612) 332-5300 |