IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LORI GREINER, | ) | |
| An Individual, | ) | |
| Plaintiff, | ) | |
| AND | ) | |
| | ) | |
| FOR YOUR EASE ONLY, INC. | ) | |
| An Illinois Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07 C 6451 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Charles Norgle |
| CVS CAREMARK CORPORATION | ) | |
| (formerly CVS CORP.), | ) | Magistrate Judge Susan Cox |
| A Delaware Corporation, | ) | |
| | ) | |
| Defendant, | ) | |
| CVS PHARMACY, INC. | ) | |
| A Rhode Island Corporation, | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| ATICO INTERNATIONAL USA, INC., | ) | JURY TRIAL DEMANDED |
| A Delaware Corporation | ) | |
| Defendant. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I the undersigned, do hereby certify that I served the foregoing Notice of Filing and Amended Complaint of Plaintiffs, Lori Greiner and For Your Ease Only, Inc, which were electronically filed on January 17, 2008, by mailing copies to those individuals as listed below by depositing same in the U.S. mail depository located at 55 West Monroe Street, Chicago, Illinois on January 17, 2008 postage prepaid:

David Benjamin Goodman
Shaw Gussis Fishman Glanz
Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, Illinois 60610

Date: January 17, 2008

_____/s/Donald B. Levine_____
Donald B. Levine, IL # 1637355
LATIMER LEVAY JURASEK LLC
55 West Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000

and

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
(612) 332-5300

N:\Clients\40000-12\docs\Certificate of Service 1-17-08.doc