## United States District Court for the Northern District of Illinois

Case Number: 07cv6451     Assigned/Issued By: j. n.

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets     (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

_2_ Original and _0_ copies on _1-18-08_ as to _cvs caremark_
(Date)
_corporation; cvs pharmacy, inc._ _____

---

C:\wpwin80\docket\feeinfo.frm     03/14/05