AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Lori Greiner and For Your Ease Only, Inc

CASE NUMBER:  07-cv-06451

V.

ASSIGNED JUDGE:  Charles R. Norgle, Sr.

CVS Caremark Corporation (formerly CVS Corp.), a Delaware corportion, CVS Pharmacy, Inc., a Rhode Island Corporation and ATICO International USA, Inc., a Delaware Corporation

DESIGNATED MAGISTRATE JUDGE:  Susan Cox

TO: (Name and address of Defendant)

CVS Caremark Corporation (formerly CVS Corp.), a Delaware Corporation, One CVS Drive, Woonsocket, RI 02895

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald B. Levine, ARDC No. 01637355, LATIMER LEVAY JURASEK LLC, 55 West Monroe Street, Suite 1100, Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

January 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/24/08 |
| NAME OF SERVER (PRINT) James F Mallinson | TITLE RI Constable #6174 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service: Amanda H. Clarke as Authorized Managing Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/08
           Date

Signature of Server: James F Mallinson

Address of Server: 7 Eva Lane, Cranston, RI

X Amanda H. Clarke

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.