IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI GREINER,<br>An Individual,<br>　　　　　　Plaintiff,<br>AND<br><br>FOR YOUR EASE ONLY, INC.<br>An Illinois Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION<br>(formerly CVS CORP.),<br>A Delaware Corporation,<br><br>　　　　　　Defendant,<br>CVS PHARMACY, INC.<br>A Rhode Island Corporation,<br><br>　　　　　　Defendant, and<br><br>ATICO INTERNATIONAL USA, INC.,<br>A Delaware Corporation<br>　　　　　　Defendant. | Civil Action No. 07 C 6451<br><br>The Honorable Jude Charles Norgle<br><br>Magistrate Judge Susan Cox<br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

### DECLARATION OF KEITH M. SORGE SUPPORTING PLAINTIFF'S OPPOSITION TO DEFENDANT ATICO'S MOTION TO DISMISS

I, Keith M. Sorge, am an attorney with Merchant & Gould, P.C. I declare as follows:

1.　　Attached as Exhibit 1 is a true and correct copy of the original Complaint.

2.　　Attached as Exhibit 2 is a true and correct copy of the November 8, 2007 letter to Thomas Ryan from Daniel McDonald without attachment.

3.　　Attached as Exhibit 3 is a true and correct copy of the November 9, 2007 letter to Daniel McDonald from Karen Feisthamel.

4. Attached as Exhibit 4 is a true and correct copy of November 15, 2007 letter to Daniel McDonald from Jeffrey Kamenetsky.

5. Attached as Exhibit 5 is a true and correct copy of the November 20, 2007 letter to Daniel McDonald from Jeffrey Kamenetsky.

6. Attached as Exhibit 6 is a true and correct copy of the November 26, 2007 letter to Daniel McDonald from Jeffrey Kamenetsky.

7. Attached as Exhibit 7 is a true and correct copy of the Proof of Service of the Summons (Docket No. 8).

8. Attached as Exhibit 8 is a true and correct copy of the January 22, 2008 email to Keith Sorge from Jason Buratti.

9. Attached as Exhibit 9 is a true and correct copy of *Polar Molecular Corp. v. Amway Corp.*, 2007 U.S. Dist. LEXIS 84252 (W.D. Mich. November 14, 2007)

10. Attached as Exhibit 10 is a true and correct copy of *Minemyer v. R-BOC Representatives, Inc.*, 2007 U.S. Dist. LEXIS 62898 (N.D. Ill. August 24, 2007)

11. Attached as Exhibit 11 is a true and correct copy of a webpage on Atico International USA, Inc.'s website advertising its products.

12. Attached as Exhibit 12 is a true and correct copy of a printout from the United States Patent and Trademark Office Webpage.

13. Attached as Exhibit 13 is a true and correct copy of webpages taken from Walgreens.com's website advertising for sale the Atico Gazelle 2-in-1 Cyclonic Cordless Vacuum and Atico Glossy Papers Notebook, Assorted.

14. Attached as Exhibit 14 is a true and correct copy of a webpages from the U.S. Consumer Product Safety Commission website regarding numerous different recalls of Atico International USA Recalls Products.

Dated: February 1, 2008

Keith M. Sorge