# EXHIBIT 1

**FILED**

**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**07 C 6451**

| | |
|---|---|
| LORI GREINER,<br>An Individual,<br>              Plaintiff,<br><br>AND<br><br>FOR YOUR EASE ONLY, INC.<br>An Illinois Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>CVS CORP.,<br>A Rhode Island Corporation,<br><br>              Defendant,<br><br>ATICO INTERNATIONAL USA, INC.,<br>A Delaware Corporation<br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGE NORGLE**
**MAGISTRATE JUDGE COX**

Civil Action No. _____
**CEM**

**JURY TRIAL DEMANDED**

**COMPLAINT**

Plaintiff alleges as follows:

**The Parties**

    1.  Plaintiff, Lori Greiner ("Ms. Greiner"), is an individual and has a place of business at 1301 North Dearborn Parkway, Chicago, Illinois 60610.

    2.  Plaintiff, For Your Ease Only, Inc, ("For Your Ease Only"), is a corporation organized and existing under the laws of Illinois and has a principal place of business at 1301 North Dearborn Parkway, Chicago, Illinois 60610.

3.  Upon information and belief, Defendant, CVS Corp. ("CVS"), is a corporation organized and existing under the laws of Rhode Island and has a principal place of business at One CVS Drive, Woonsocket, RI 02895.  CVS has approximately 225 retail locations within the State of Illinois.

4.  Upon information and belief, Defendant, Atico International USA, Inc. ("Atico"), is a corporation organized and existing under the laws of Delaware and has a principal place of business at 501 S. Andrews Avenue, Fort Lauderdale, FL 33301.

## Jurisdiction

5.  This is a claim of patent infringement arising under the Acts of Congress relating to patents, 35 U.S.C. §§ 171, 271, 282-285, and 289.

6.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

## Count I

## Patent Infringement

7.  On September 26, 1996, United States Patent No. D528,840 entitled JEWELRY STORAGE CONTAINER was duly and legally issued to Ms. Greiner.  Ms. Greiner is the owner of the entire right, title and interest in and to United States Patent No. D528,840 and has been and still is the owner thereof.  United States Patent No. D528,840 is attached as Exhibit A.

8.  Ms. Greiner started For Your Ease Only to sell a variety of original products. For Your Ease Only has successfully sold and continues to sell products, including the product called "Gold and Silver Safekeeper Mirrored Jewelry Cabinet" ("Mirrored Jewelry Cabinet"), including sales on QVC.

2

9.  Upon information and belief, CVS has had manufactured for it, offered for sale, sold and used a Mirrored Jewelry Box which infringes United States Patent No. D528,840. Pictures showing CVS's infringing product are attached as Exhibit B.

10.  Upon information and belief Atico has worked with CVS to have manufactured, offered for sale, sold or used a Mirrored Jewelry Box which infringes United States Patent No. D528,840, and/or induced or contributed to such infringing acts by CVS or others.

11.  A customer notified For Your Ease Only that CVS sold the infringing Mirrored Jewelry Box, indicating a belief it was the same as For Your Ease Only's patented Mirrored Jewelry Cabinet.

12.  Upon information and belief, Defendants have had actual knowledge of United States Patent No. D528,840 and their infringement of this patent has been and continues to be willful and deliberate.

13. Plaintiff has been damaged by Defendants' infringement of United States Patent No. D528,840 and will continue to be damaged in the future unless Defendants are permanently enjoined from infringing said patent.  The Defendants' infringing activities are eroding the market value of the patented product and are causing FYEO lost profits and other damages.

### Prayer for Relief

WHEREFORE, Plaintiffs pray for the following relief:

a.  A judgment that Defendants have infringed United States Patent No. D528,840;

3

b. An injunction enjoining and restraining Defendants, their officers, directors, agents, servants, employees, attorneys and all others acting under or through them, directly or indirectly, from infringing United States Patent No. D528,840;

c. A judgment and order requiring Defendants to pay damages under 35 U.S.C. § 284, including treble damages for any willful infringement as provided by 35 U.S.C. § 284, with interest;

d. A judgment and order requiring Defendants to pay profits as provided by 35 U.S.C. § 289;

e. A judgment and order directing Defendants to pay the costs of this action (including all disbursements) and attorney fees as provided by 35 U.S.C. § 285, with interest; and

f. Such other and further relief as this Court may deem just and equitable.

### Demand for Jury Trial

Plaintiffs hereby demand that all issues be determined by jury.

LORI GREINER AND
FOR YOUR EASE ONLY, INC.,

By their attorneys,

Date: November 8, 2007                    _____/s/ Donald B. Levine_____
Donald B. Levine, ARDC No. 01637355
LATIMER LEVAY JURASEK L.L.C.
55 West Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000

and

4

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
(612) 332-5300

07 C 6451

JUDGE NORGLE
MAGISTRATE JUDGE COX

CEM

*EXHIBIT A*

US00D528840S

(12) **United States Design Patent** 
Greiner

(10) Patent No.: **US D528,840 S**
(45) Date of Patent: ** **Sep. 26, 2006**

(54) **JEWELRY STORAGE CONTAINER**

(76) Inventor: **Lori Greiner**, 1301 Dearborn Pkwy., Suite 402, Chicago, IL (US) 60610

(**) Term: **14 Years**

(21) Appl. No.: **29/198,693**

(22) Filed: **Feb. 3, 2004**

(51) LOC (8) Cl. ..................................................... **06-04**
(52) U.S. Cl. ...................................................... **D6/559**
(58) Field of Classification Search ................ D6/553, D6/559, 560, 561, 329, 396, 432, 448, 436–439, D6/444–446; 312/209, 234, 224–225, 242, 312/245; 206/320, 823
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D237,234 S * 10/1975 Wertz ............................. D6/559
D243,136 S   1/1977 Foster

(Continued)

OTHER PUBLICATIONS

Fine Wood Working; Greene and Greene, Sep. 1978; No. 12; p. 51.
Fine Wood Working; Woodworking in Mendocino, Jul./Aug. 1981; No. 29, p. 37.
Fine Wood Working; Picture Framing; Jul./Aug. 1982; No. 35, p. 88.
Fine Wood Working; Furnituremaking in the Northwest; Mar./Apr. 1983; No. 39, p. 80.
Fine Wood Working; Building a Secretair-Bookcase; Jan./Feb. 1983; No. 38, p. 98.
Fine Wood Working; Making Cabriole Legs; Sep./Oct. 1983; No. 42, p. 71.
Fine Wood Working; Painted Chests; Sep./Oct. 1984; No. 48, p. 32.
Fine Wood Working; Tage Frid; May/Jun. 1985; No. 52, p. 69.

Fine Wood Working; Tuning–Up a Tablesaw; Sep./Oct. 1989; No. 78, p. 51.
Fine Wood Working; Woodworking in Hawaii; Aug. 1990; No. 83, p. 38.
Fine Wood Working; Krenov Students' Show; Dec. 1991; No. 91, p. 96.
Fine Wood Working; Cabinet Lighting; Aug. 1993; No. 101; by Jean Sousa.

(Continued)

*Primary Examiner*—Brian N Vinson
(74) *Attorney, Agent, or Firm*—Fredrikson & Byron, P.A.

(57) **CLAIM**

The ornamental design for a jewelry storage container, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the exterior of our new container.
FIG. 2 is a front elevation view of our new container.
FIG. 3 is a right side elevation view of our new container.
FIG. 4 is a left side elevation view of our new container.
FIG. 5 is a top plan view of our new container. The bottom plan view of our new container is a mirror image of FIG. 5.
FIG. 6 is a perspective view of the interior of a first embodiment of our new container.
FIG. 7 is a perspective view of the interior of a second embodiment of our new container, where earring bars are removably mounted on metal strips on the inner surface of the door.
FIG. 8 is a front elevation view of an earring bar used with the embodiment of FIG. 7.
FIG. 9 is a back elevation view of the earring bar of FIG. 8.
FIG. 10 is a top plan view of an earring bar of FIG. 8.
FIG. 11 is a bottom plan view of a new earring bar of FIG. 8; and,
FIG. 12 is a right side view of the earring bar of FIG. 8. The left side view of the earring bar of FIG. 8 is a mirror image of FIG. 1.
The broken lines in the drawing do not form a part of the claimed invention.

**1 Claim, 5 Drawing Sheets**



**US D528,840 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,076,350 A | 2/1978 | Crist |
| 4,209,212 A | 6/1980 | McGoldrick |
| D280,876 S | 10/1985 | Chabanet |
| D297,087 S | 8/1988 | Fortescue |
| D303,894 S | 10/1989 | Baus |
| D321,451 S | 11/1991 | Greve |
| 5,141,300 A * | 8/1992 | Ciesla ..................... 312/245 |
| 5,163,745 A | 11/1992 | Zagata |
| 5,368,378 A | 11/1994 | Curtis |
| D366,796 S | 2/1996 | Crowley |
| D383,937 S | 9/1997 | Myers |
| D394,762 S | 6/1998 | Greiner |
| 5,762,184 A | 6/1998 | Greiner |
| D395,768 S | 7/1998 | Greiner |
| D416,736 S * | 11/1999 | Bergin ..................... D6/559 |
| D419,353 S * | 1/2000 | Kato ..................... D6/559 |

| | | |
|---|---|---|
| 6,158,578 A | 12/2000 | Greiner |
| 6,595,609 B1 | 7/2003 | Greiner |
| D497,069 S * | 10/2004 | Aisley et al. ............... D6/559 |
| D500,224 S * | 12/2004 | Drehs ..................... D6/559 |
| 6,857,519 B1 | 2/2005 | Daetweiler et al. |
| D504,265 S * | 4/2005 | Walker ..................... D6/559 |
| 2003/0146678 A1 | 8/2003 | Greiner |
| 2004/0000848 A1 | 1/2004 | Greiner |

### OTHER PUBLICATIONS

Color copies of redENVELOPE catalog; Gifts for Valentine's Day 2004; pp. 30 and 32.
"Jewelry-Closet"™ Cabinet, http://web.archive.org/web/20031026073135/www.mingocustomwoods.com, 3 pages (Aug. 2000).

* cited by examiner

FIG.1



U.S. Patent    Sep. 26, 2006    Sheet 2 of 5    US D528,840 S

FIG.2    FIG.3    FIG.4



FIG.5



FIG.6



FIG.7





FIG.8

FIG.9

FIG.10

FIG.11

FIG.12

07 C 6451

JUDGE NORGLE
MAGISTRATE JUDGE COX

CEM

*EXHIBIT B*

CVS - Weekly Store Ad Online



**CVS/pharmacy**

**Welcome! Sign in or sign up** for
easier shopping.

**$5 OFF**
orders of $30

**PLUS
SHIP
FREE!**

🛒 **Shopping Cart** *Quick View*

| | |
|---|---|
| Items: | n/a |
| Current Total: | n/a |

## Get $4 off $20 when you sign up for email offers from ExtraCare

# Weekly Store Ads

**Weekly Store Ad Home ,  Item Detail**

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads ar
available only for the store location you have chosen,
and may vary from CVS.com and/or other stores.

---

**Weekly Store Ad for this
CVS/pharmacy store:**

8225 East Garvey Avenue
Rosemead, CA 91770

**Map & driving
directions**

**Select another location**

---

**Printable Shopping List**

0 Ads on your list

**Print and view your list**

---

**Sign up for Email Alerts
of new Weekly Store Ads:**

email address here  ▶

---

**Search Weekly Store Ads:**

▶

**View all**

**More ways to browse:**

**Categories**

-- click to select --

**Brands**

-- click to select --

**Flash or HTML**

---

**Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n**

**<< Back**  View all **items** from this Weekly Store Ad page

## Mirrored Jewelry Box



**$49.99**
thru Nov 10

+
**Add to Shopping List**

•Tilt mirror 55" with stand •Holds minimum 33 p
earrings •Necklace & bracelet hooks •Rod for bar
tennis bracelets

**<< Back**  View all **items** from this Weekly Store Ad page

# Online Only Specials



- LIMITED TIME -
**FREE**
STANDARD SHIPPING
ON NONPRESCRIPTION
ORDERS OF $30
OR MORE!



Yours is a
story of
caring.

Share it here ▶



**$5 OFF**
your order of $30!*

**Plus, FREE
Shipping** ▶



Be pre
for flu

Fl
Sh

Lear

CVS - Weekly Store Ad Online



**CVS/pharmacy**

Welcome! <u>Sign in or sign up</u> for
easier shopping.

**$5 OFF** orders of $30   **PLUS SHIP FREE!**

⌐🛒 Shopping Cart *Quick View*⌐
Items:                                    n/a
Current Total:                       n/a

## Get $4 off $20 when you sign up for email offers from ExtraCare

# Weekly Store Ads

**Weekly Store Ad Home** ,  **Browse Weekly Store Ad: Page 2**

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads ar
available only for the store location you have chosen,
and may vary from CVS.com and/or other stores.

| | |
|---|---|
| Weekly Store Ad for this CVS/pharmacy store: | **Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n** |
| 8225 East Garvey Avenue Rosemead, CA 91770 | **<< Previous** \| **View all pages** \|   Jump to: Page 2  🔲 \| **Next >>** |
| | **Facing pages** \| **Large image** |

<u>Map & driving directions</u>

<u>Select another location</u>

Printable Shopping List

0 Ads on your list

**Print and view your list**

Sign up for Email Alerts
of new Weekly Store Ads:

email address here ▶

Search Weekly Store Ads:

▶

<u>View all</u>

More ways to browse:

Categories
-- click to select --

Brands
-- click to select --

**Flash or HTML**



**Facing pages** | **Large image**
**Print this page**

Items on Page 2



<u>Mirrored Jewel</u>

$49.99
thru Nov 10

[ Add to Shoppin ]

**Charging Static**
$19.99
**WITH CARD**
thru Nov 10

[ Add to Shoppin ]



**AS SEEN ON TV**
$14.99
**EACH**
thru Nov 10

[ Add to Shoppin ]

<u>Duraflame</u>
$14.99
**WITH CARD**
thru Nov 10



[ Add to Shoppin ]

**AS SEEN ON TV**
It's Like
Paying...$13.9!
after extra buc