# EXHIBIT 2

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | 612.336.4637
dmcdonald@merchant-gould.com

November 8, 2007

Mr. Thomas M. Ryan
President & CEO
CVS Caremark Corporation
1 CVS Drive
Woonsocket, RI 02895

Via Facsimile and Federal Express

Re:   Our Ref.: M&G 13345.0147USAA

Dear Mr. Ryan:

We represent For Your Ease Only, Inc. and Lori Greiner (hereinafter FYEO) regarding intellectual property matters. FYEO sells a variety of innovative products, including jewelry organizers, through QVC and other retailers.

It has come to FYEO's attention that CVS is offering for sale a cheval-styled mirrored jewelry organizer. A copy of a portion of a CVS weekly store ad from a California CVS store is enclosed with this letter and marked as Exhibit A. The excerpt shows this product, called a "Mirrored Jewelry Box."

FYEO also sells a cheval-styled mirrored jewelry organizer, and has pending and issued patents related to its product. For example, FYEO has U.S. design patent No. D528840, a copy of which is enclosed as Exhibit B. FYEO also has pending utility patent applications that cover this jewelry organizer and variations of this organizer. FYEO also has other pending and issued patents, including corresponding issued patents in China and Europe, related to this mirrored jewelry box and other, similar products.

CVS's mirrored jewelry box clearly infringes Ms. Greiner's issued U.S. design patent, and would clearly infringe the pending claims of the utility patent application if those claims issue in their present form (as we are hopeful will be the case). As strong validation of the infringement as well as the significant harm to FYEO from the infringement, you should know that CVS's sales of this infringing product came to Ms. Greiner's attention because a customer of Ms. Greiner's product saw the CVS product, believed it to copy Ms. Greiner's design, and contacted Ms. Greiner about her concern.

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC

Mr. Thomas M. Ryan
November 8, 2007
Page 2

CVS's sales of these infringing products are likely to cause significant financial harm to FYEO, at least in the form of lost profits on FYEO's products. FYEO sells a product which it believes to be a higher quality product at a higher price point, and the damage to FYEO and Ms. Greiner from the infringing sales are likely to significantly exceed CVS's likely profits on its mirrored jewelry boxes.

FYEO demands that CVS immediately cease and desist its sales of these mirrored jewelry boxes, to mitigate any further damage to FYEO from sales of these infringing products during the critical holiday season. Moreover, FYEO has filed a suit against CVS for this infringement in federal court in the Northern District of Illinois seeking all remedies available to it under the law including damages and an injunction. A copy of this complaint is enclosed as a courtesy.

Although FYEO has filed the suit and if necessary will pursue that suit, we are hopeful that CVS, now that FYEO's patent rights have been called to its attention, will do the right thing and halt further sales of this mirrored jewelry box. In the hopes that a resolution of this matter can be reached without either party having to go through more extensive litigation, we will temporarily delay formal service of the complaint on CVS.

However, in order for us to maintain the status quo, we need to hear from CVS or its counsel immediately, and no later than Monday, November 12, 2007, regarding whether it is willing to cease its sales of this product and attempt to reach an agreement without further court proceedings. If we do not hear from CVS, we will assume it has no interest in resolving this matter, and proceed accordingly with the litigation.

This matter is extremely urgent and important to FYEO. We hope that CVS deals with it accordingly. Despite FYEO's great concerns as to the impact of these infringing sales on its business, and the resulting need to initiate this lawsuit, I assure you that FYEO will reciprocate prompt attention to this matter and a good faith effort to reach a business resolution. If, however, we are unable to resolve these issues, FYEO will enforce its rights to the full extent possible in the U.S., China, and anywhere else its rights may be violated.

Yours truly,

*Daniel W. McDonald /vh*
Daniel W. McDonald

DWM/vh

Enclosures

# EXHIBIT A

Case 1:07-cv-06451   Document 21-3   Filed 02/01/2008   Page 4 of 15

# CVS/pharmacy

Welcome! **Sign in or sign up** for easier shopping.

 **$5 OFF** orders of $30 **PLUS SHIP FREE!**

**Shopping Cart** *Quick View*
Items:          n/a
Current Total:  n/a

## Get $4 off $20 when you sign up for email offers from ExtraCare

## Weekly Store Ads

**Weekly Store Ad Home**, Item Detail

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads ar available only for the store location you have chosen,
and may vary from CVS.com and/or other stores.

| Weekly Store Ad for this CVS/pharmacy store: | Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n |
|---|---|
| 8225 East Garvey Avenue Rosemead, CA 91770 | << Back   View all **items** from this Weekly Store Ad page |
| Map & driving directions | **Mirrored Jewelry Box** |
| Select another location |   $49.99  thru Nov 10 |
| Printable Shopping List | + Add to Shopping List |
| 0 Ads on your list | |
| Print and view your list | •Tilt mirror 55" with stand •Holds minimum 33 p earrings •Necklace & bracelet hooks •Rod for bar tennis bracelets |
| Sign up for Email Alerts of new Weekly Store Ads: | |
| email address here  ● | << Back   View all **items** from this Weekly Store Ad page |
| Search Weekly Store Ads: | |

### Online Only Specials



**- LIMITED TIME -**
**FREE** STANDARD SHIPPING ON NONPRESCRIPTION ORDERS OF $30 OR MORE!

 Yours is a story of caring. Share it here >

**$5 OFF** your order of $30!* Plus, FREE Shipping ▶

 Be pre for th Fl Sh Learn

**View all**
**More ways to browse:**
**Categories**
  -- click to select --
**Brands**
  -- click to select --
**Flash or HTML**

○ Browse in Flash (high speed)

◉ Browse in HTML (dial-up)

**New Summer Survey**



11/07/2007

# EXHIBIT B

US00D528840S

## (12) United States Design Patent
### Greiner

(10) Patent No.: **US D528,840 S**
(45) Date of Patent: ∗∗ **Sep. 26, 2006**

(54) **JEWELRY STORAGE CONTAINER**

(76) Inventor: Lori Greiner, 1301 Dearborn Pkwy., Suite 402, Chicago, IL (US) 60610

(∗∗) Term: 14 Years

(21) Appl. No.: 29/198,693

(22) Filed: Feb. 3, 2004

(51) LOC (8) Cl. ...................................... 06-04
(52) U.S. Cl. ...................................... D6/559
(58) Field of Classification Search ........... D6/553, D6/559, 560, 561, 329, 396, 432, 448, 436–439, D6/444–446; 312/209, 234, 224–225, 242, 312/245; 206/320, 823
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D237,234 S  ∗ 10/1975  Wertz ...................... D6/559
D243,136 S    1/1977  Foster

(Continued)

OTHER PUBLICATIONS

Fine Wood Working; Greene and Greene, Sep. 1978; No. 12; p. 51.
Fine Wood Working; Woodworking in Mendocino, Jul./Aug. 1981; No. 29, p. 37.
Fine Wood Working; Picture Framing; Jul./Aug. 1982; No. 35, p. 88.
Fine Wood Working; Furnituremaking in the Northwest; Mar./Apr. 1983; No. 39, p. 80.
Fine Wood Working; Building a Secretair–Bookcase; Jan./Feb. 1983; No. 38, p. 98.
Fine Wood Working; Making Cabriole Legs; Sep./Oct. 1983; No. 42, p. 71.
Fine Wood Working; Painted Chests; Sep./Oct. 1984; No. 48, p. 32.
Fine Wood Working; Tage Frid; May/Jun. 1985; No. 52, p. 69.
Fine Wood Working; Tuning–Up a Tablesaw; Sep./Oct. 1989; No. 78, p. 51.
Fine Wood Working; Woodworking in Hawaii; Aug. 1990; No. 83, p. 38.
Fine Wood Working; Krenov Students' Show; Dec. 1991; No. 91, p. 96.
Fine Wood Working; Cabinet Lighting; Aug. 1993; No. 101; by Jean Sousa.

(Continued)

*Primary Examiner*—Brian N Vinson
(74) *Attorney, Agent, or Firm*—Fredrikson & Byron, P.A.

(57) **CLAIM**

The ornamental design for a jewelry storage container, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the exterior of our new container.
FIG. 2 is a front elevation view of our new container.
FIG. 3 is a right side elevation view of our new container.
FIG. 4 is a left side elevation view of our new container.
FIG. 5 is a top plan view of our new container. The bottom plan view of our new container is a mirror image of FIG. 5.
FIG. 6 is a perspective view of the interior of a first embodiment of our new container.
FIG. 7 is a perspective view of the interior of a second embodiment of our new container, where earring bars are removably mounted on metal strips on the inner surface of the door.
FIG. 8 is a front elevation view of an earring bar used with the embodiment of FIG. 7.
FIG. 9 is a back elevation view of the earring bar of FIG. 8.
FIG. 10 is a top plan view of an earring bar of FIG. 8.
FIG. 11 is a bottom plan view of a new earring bar of FIG. 8; and,
FIG. 12 is a right side view of the earring bar of FIG. 8. The left side view of the earring bar of FIG. 8 is a mirror image of FIG. 1.
The broken lines in the drawing do not form a part of the claimed invention.

**1 Claim, 5 Drawing Sheets**



**US D528,840 S**
Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,076,350 A | 2/1978 | Crist |
| 4,209,212 A | 6/1980 | McGoldrick |
| D280,876 S | 10/1985 | Chabanet |
| D297,087 S | 8/1988 | Fortescue |
| D303,894 S | 10/1989 | Baus |
| D321,451 S | 11/1991 | Greve |
| 5,141,300 A * | 8/1992 | Ciesla .................. 312/245 |
| 5,163,745 A | 11/1992 | Zagata |
| 5,368,378 A | 11/1994 | Curtis |
| D366,796 S | 2/1996 | Crowley |
| D383,937 S | 9/1997 | Myers |
| D394,762 S | 6/1998 | Greiner |
| 5,762,184 A | 6/1998 | Greiner |
| D395,768 S | 7/1998 | Greiner |
| D416,736 S * | 11/1999 | Bergin ........................ D6/559 |
| D419,353 S * | 1/2000 | Kato ........................... D6/559 |
| 6,158,578 A | 12/2000 | Greiner |
| 6,595,609 B1 | 7/2003 | Greiner |
| D497,069 S * | 10/2004 | Aisley et al. ............... D6/559 |
| D500,224 S * | 12/2004 | Drehs ......................... D6/559 |
| 6,857,519 B1 | 2/2005 | Daetweiler et al. |
| D504,265 S * | 4/2005 | Walker ....................... D6/559 |
| 2003/0146678 A1 | 8/2003 | Greiner |
| 2004/0000848 A1 | 1/2004 | Greiner |

OTHER PUBLICATIONS

Color copies of redENVELOPE catalog; Gifts for Valentine's Day 2004; pp. 30 and 32.
"Jewelry–Closet"™ Cabinet, http://web.archive.org/web/20031026073135/www.mingocustomwoods.com, 3 pages (Aug. 2000).

* cited by examiner

**U.S. Patent**     Sep. 26, 2006     Sheet 1 of 5     **US D528,840 S**

FIG.1



U.S. Patent     Sep. 26, 2006     Sheet 2 of 5     US D528,840 S



FIG.2    FIG.3    FIG.4

FIG.5

FIG.6



FIG.7





FIG.8  FIG.9  FIG.10  FIG.11  FIG.12