# EXHIBIT 3

Case 1:07-cv-06451 Document 21-4 Filed 02/01/2008 Page 1 of 2



**Karen Feisthamel**
Senior Legal Counsel

One CVS Drive, Woonsocket, RI 02895
401-770-4877 • Fax: 401-216-3487
Email: *KLFeisthamel@cvs.com*

*Fowarded via Facsimile (612-332-9081)*
    *-Confirmation Copy via First Class Mail*

November 9, 2007

Daniel W. McDonald
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215

Re:  Your Ref.: M&G 13345.0147USAA

Dear Mr. McDonald:

Your November 8, 2007 letter to Thomas Ryan has been forwarded to my attention.

I am undertaking a review of the facts regarding the matter, and will respond shortly to the allegations set out in your letter.  Our offices are closed on Monday, November 12th in recognition of Veterans Day.

Sincerely,

Karen Feisthamel

KLF/cb