# EXHIBIT 4

Case 1:07-cv-06451  Document 21-5  Filed 02/01/2008  Page 1 of 2



# CHRISTOPHER & WEISBERG, P.A.
ATTORNEYS AT LAW

November 15, 2007

<u>*Via Facsimile – (612) 332-9081*</u>
<u>*and U.S. Mail*</u>
Daniel W. McDonald, Esq.
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

Re:   PATENT INFRINGEMENT ALLEGATIONS
      *CVS adv. Lori Greiner and For Your Ease Only, Inc.*
      Product: Mirrored Jewelry Box
      Our File No.: 1026-353

Dear Mr. McDonald:

We represent CVS Corporation ("CVS") and Atico International USA, Inc. ("Atico") in connection with their intellectual property matters and have been asked to respond to your letter to CVS dated November 8, 2007, with respect to the above-captioned matter. Please understand that your letter was just forwarded to our attention yesterday. Kindly direct any further correspondence in this matter to our attention.

Please be assured that CVS and Atico take this matter seriously and wish to investigate the allegations set forth in your letter. CVS and Atico vigorously protect their own intellectual property rights and greatly respect the intellectual property rights of others. Accordingly, in the hope that this matter can be resolved amicably, our clients request your forbearance in taking further action until they have had the opportunity to investigate this matter and respond substantively to you. We are currently investigating the allegations in your letter and expect to be able to provide you with a substantive response shortly.

Sincerely,

CHRISTOPHER & WEISBERG, P.A.

By: _____
    Jeffrey H. Kamenetsky

JHK/cms
cc: CVS Corporation
cc: Atico International USA, Inc.
91204

---

200 EAST LAS OLAS BLVD., SUITE 2040, FORT LAUDERDALE, FLORIDA 33301 · PHONE 954.828.1488 · FAX 954.828.9122
MIAMI/FT. LAUDERDALE · WASHINGTON, D.C.