# EXHIBIT 5



# CHRISTOPHER & WEISBERG, P.A.
### ATTORNEYS AT LAW

November 20, 2007

<u>Via Facsimile – (612) 332-9081</u>
<u>and U.S. Mail</u>

Daniel W. McDonald, Esq.
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

    Re:    **PATENT INFRINGEMENT ALLEGATIONS**
            CVS Corporation and Atico International USA, Inc. adv. Lori Greiner and For
            Your Ease Only, Inc.
            Product: Mirrored Jewelry Box
            Our File No.: 1026-353

Dear Mr. McDonald:

    Thank you for your November 16, 2007 facsimile regarding the above-referenced matter.

    Your November 8, 2007 letter to CVS was forwarded to my firm's attention on November 14th. Our responsive letter, forwarded to you the very next day, was indicative of our clients' prompt attention to the allegations raised in your letter. Given the seriousness of your allegations, we are making every attempt to investigate this matter including obtaining a sample of the accused product and examining the history of your client's product, company and patent.

    We have every intention of providing you with a substantive response to your client's patent infringement allegations but cannot and will not do so until we have been given ample time to thoroughly investigate this matter and prepare an appropriate response.

    We shall provide you with our substantive response no later than Friday, November 30th.

Daniel W. McDonald, Esq.
Merchant & Gould
November 20, 2007
Page 2

       In the interim, we ask that you forward us proof indicating For Your Ease Only, Inc. is the assignee or exclusive licensee of U.S. Patent No. D528,840.

       Sincerely,

       CHRISTOPHER & WEISBERG, P.A.

By: *Jeffrey H. Kamenetsky*

JHK/cs

cc: CVS Corporation
    Atico International USA, Inc.

91589