**EXHIBIT 6**



# CHRISTOPHER & WEISBERG, P.A.
### ATTORNEYS AT LAW

November 26, 2007

*Via Facsimile – (612) 332-9081*
*and U.S. Mail*

Daniel W. McDonald, Esq.
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

  Re: **PATENT INFRINGEMENT ALLEGATIONS**
    *CVS Corporation and Atico International USA, Inc. adv. Lori Greiner and For Your Ease Only, Inc.*
    Product: Mirrored Jewelry Box
    Our File No.: 1026-353

Dear Mr. McDonald:

  This is in response to your November 16, 2007 facsimile and November 21, 2006 e-mail regarding the above-referenced matter.

  CVS vehemently denies your accusation that it has made a "deliberate effort" to mislead your client into believing it would receive a "real" response before the Thanksgiving holiday. CVS never provided any indication that it would respond to you by any of your self-imposed due-dates without undertaking a careful investigation of your client's allegations of infringement.

  Further, CVS denies your accusation that it deliberately attempted to "buy time" in order to benefit from sales of its products. CVS has no intention of pulling any item from its shelves based merely on your supposition that the item infringes your client's patent, without first being advised by counsel.

  A review of the drawings of U.S. Patent No. D528840, particularly Figures 6 and 7, reveals an intricate pattern of shelving, lattices, hooks, and braces. Assuming, *arguendo*, that these features are considered to be non-functional, which is highly unlikely, a comparison of the drawings with the accused product clearly shows that the interior compartment of the accused product looks nothing like the compartment interior depicted in the patent's drawings. Thus, the accused product is dissimilar in appearance and ornamentation to the patented design.

Daniel W. McDonald, Esq.
Merchant & Gould
November 26, 2007
Page 2

Therefore, we do not agree with your allegations that the accused product infringes the asserted patent.

While CVS and Atico continue to respect the intellectual property rights of others, CVS and Atico also maintain their right to sell items which they have been advised do not infringe the alleged rights of others.

Christopher and Weisberg is not authorized to accept service for CVS or for Atico.

Sincerely,

CHRISTOPHER & WEISBERG, P.A.

By: _____
Jeffrey H. Kamenetsky

JHK/bjw

cc:   CVS Corporation
      Atico International USA, Inc.

91826