# EXHIBIT 7

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Lori Greiner and For Your Ease Only, Inc.

v.

CVS Corp., a Rhode Island Corporation and ATICO International USA, Inc., a Delaware corporation

CASE NUMBER: 07-cv-06451

ASSIGNED JUDGE: Charles R. Norgle, Sr.

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CVS Corp., a Rhode Island Corporation, One CVS Drive, Woonsocket, RI 02895

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald B. Levine, ARDC No. 01637355, LATIMER LEVAY JURASEK, LLC, 55 West Monroe Street, Suite 1100, Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Nadine Girley_
(By) DEPUTY CLERK

December 14, 2007
Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                      *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Serial Number: MERGO25960530

## PROOF OF SERVICE

SERVED: CVS Corp., a Rhode Island Corporation

DATE: 12/18/2007   PLACE: One CVS Drive
(Date of Service)                     Woonsocket, RI 02895

DOCUMENTS: Federal Summons, Complaint with Exhibits, and Civil Case Cover Sheet

SERVED ON (PRINT NAME & TITLE)

AMANDA CLARKE
LEGAL ASSISTANT

X Amanda H. Clarke

MANNER OF SERVICE
Personal in hand to a(n)
(Place and X in the applicable box)
☐ Officer
☐ Registered Agent
☒ Managing Agent, someone within the corporation whose management capacity is such that (s)he exercises independent judgment and discretion

SERVED BY (PRINT NAME)
PAUL G HUGHES

TITLE
Process Server

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 12/18/2007.

SIGNATURE OF SERVER

7 Eva Lane
Cranston, RI 02921
ADDRESS OF SERVER

Re: 13345.0147USZA

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

This proof consists of 1 page(s), this is page 1 of 1

330 Second Avenue South, Suite 150   www.metrolegal.com   332 Minnesota Street, Suite N-105
Minneapolis, MN, 55401                      (800) 488-8994              Saint Paul, MN 55101