# EXHIBIT 8

**Keith Sorge**

| | |
|---|---|
| **From:** | Jason Buratti [JBuratti@cwiplaw.com] |
| **Sent:** | Tuesday, January 22, 2008 12:20 PM |
| **To:** | Keith Sorge |
| **Cc:** | Jeff Kamenetsky; Claire Scott |
| **Subject:** | Greiner v. Atico |

Dear Keith:

Atico will not withdraw its Motion to Dismiss.

Thanks,

**Jason**
**Jason R. Buratti**
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida* 33301
954.828.1488
1455 Pennsylvania Avenue, Suite 100
Washington, District of Columbia* 20004
202.349.4036

Facsimile: 954.828.9122
Electronic mail: jburatti@cwiplaw.com

Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Thank you in advance for your cooperation.

*Admitted in the District of Columbia and Commonwealth of Virginia and not yet in Florida (pending)

---

**From:** Keith Sorge [mailto:KSorge@merchantgould.com]
**Sent:** Friday, January 18, 2008 12:13 PM
**To:** Jason Buratti
**Subject:**

01/31/2008

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Thursday, January 17, 2008 12:29 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-06451 Greiner et al v. CVS Corp., et al. amended complaint

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.0

### Notice of Electronic Filing

The following transaction was entered by Levine, Donald on 1/17/2008 at 12:28 PM CST and filed on 1/17/2008
**Case Name:**         Greiner et al v. CVS Corp., et al.
**Case Number:**       1:07-cv-6451
**Filer:**             For Your Ease Only, Inc.
                       Lori Greiner
**Document Number:** 14

**Docket Text:**
AMENDED complaint by Lori Greiner, For Your Ease Only, Inc. against CVS Pharmacy, Inc., CVS Caremark Corporation, f/k/a CVS Corp., Atico International USA, Inc. and terminating CVS Corp. (Attachments: # (1) Exhibit Exhibit A# (2) Exhibit Exhibit B)(Levine, Donald)


**1:07-cv-6451 Notice has been electronically mailed to:**

David Benjamin Goodman     dgoodman@shawgussis.com, jraab@shawgussis.com, xreyes@shawgussis.com

Donald B. Levine     dlevine@lljlaw.com

**1:07-cv-6451 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=1/17/2008] [FileNumber=4377762-0
] [0c3183817b685d3ae1d54d1baf7132c2bc4f9773caf42b6787c6cb15abee7393cac
7f974fb388a553c6351b628bf355a1303bffeaa728f8a94e56a52362cac20]]
**Document description:** Exhibit Exhibit A
**Original filename:** n/a

01/31/2008

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=1/17/2008] [FileNumber=4377762-1
] [38a0555318eb388df9e253eccc7dc75fcccc6857afb3391d19ab30f57d4c13e2f6f
a66d5335a3aeba7952fbda6c28edca19b145b6cc375352cd6a71499ef0067]]
**Document description:** Exhibit Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=1/17/2008] [FileNumber=4377762-2
] [4de343203b64fc3c33316ddd9c782981984bcf2f38c0a894aae2bb8edbfeee8e383
2a850e993213c7e26d7098906579b7b634139dd2cc5c5a532b4e49b21bf5d]]

01/31/2008