# EXHIBIT 11

Atico is a creative source for retail products. Page 1 of 1

Case 1:07-cv-06451 Document 21-12 Filed 02/01/2008 Page 2 of 2



- SEASONAL
- ELECTRONICS
- HOUSEWARES
- HOME DECOR
- STATIONERY
- GIFTWARE
- BATH & BEAUTY
- HOME HEALTH
- PERSONAL CARE
- HOME IMPROVEMENT
- CONFECTIONERY
- FANS & HEATERS
- APPLIANCES
- TOYS
- FASHION APPAREL

Atico International offers Retailers, Wholesalers, OEM Manufacturers and Distributors more than 350,000 products -- from over 40 categories and 100's of sub-categories – sourced from around the world. Our product selection is wide and deep, offering retailers a convenient, creative source for developing products and programs.

Atico's Product Design and Development Teams identify emerging trends and technology for product adaptation throughout our Hardlines, Softlines and Food/Confectionery Divisions.

Please browse the product lines and contact us with any questions, comments or to schedule a visit to one of our showrooms around the world.

http://www.aticointernational.com

® Registered trademark of Atico International USA, Inc.

© 2006 Atico International USA, Inc. All rights reserved.

HOME | ABOUT US | PRODUCTS | OUR OFFICES | CUSTOMER SERVICE | INDUSTRY INFO | CONTACT US

Site created and maintained by Clifton Design Group