# EXHIBIT 12



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jan 31 04:08:30 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:     OR [Jump] to record:     **322 Records(s) found (This page: 1 ~ 322)**

**Refine Search** (atico[on])[ALL]    [Submit]

**Current Search:** S1: (atico[on])[ALL] docs: 322 occ: 332

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78960292 | | STEAM BOSS | TARR | DEAD |
| 2 | 78871208 | 3367028 | HOME EXCLUSIVES KIDS | TARR | LIVE |
| 3 | 78969041 | | POWER FLEX | TARR | LIVE |
| 4 | 78871022 | 3360757 | HOME EXCLUSIVES KIDS | TARR | LIVE |
| 5 | 78511601 | | ROOM ASSIGNMENT | TARR | LIVE |
| 6 | 78915141 | 3346208 | CUDDLY BUNCH | TARR | LIVE |
| 7 | 78898232 | 3346130 | TASTY TREASURES | TARR | LIVE |
| 8 | 78895854 | | RF RICH FIELDS | TARR | LIVE |
| 9 | 78972357 | | FLEXGUARD | TARR | LIVE |
| 10 | 78895796 | | RICHFIELDS | TARR | DEAD |
| 11 | 78973092 | | SEASONAL EXPRESSIONS | TARR | LIVE |
| 12 | 78925425 | | GHOULOWEEN | TARR | LIVE |
| 13 | 78972369 | | MEGA FLEX | TARR | DEAD |
| 14 | 78925399 | | GLOSSY PAPERS | TARR | DEAD |
| 15 | 78595923 | | HOMETOWN HOLIDAY | TARR | LIVE |
| 16 | 78609448 | | EVERGREEN HEIGHTS | TARR | DEAD |
| 17 | 78893964 | | SHERIDAN SWEETS | TARR | DEAD |
| 18 | 78573506 | 3234667 | BACKYARD ACCENTS | TARR | LIVE |
| 19 | 78580135 | 3191205 | WINDSTORM | TARR | LIVE |
| 20 | 78651190 | 3166672 | VICTORIA FALLS | TARR | LIVE |
| 21 | 78949205 | | OLYMPIAN DIVER | TARR | DEAD |
| 22 | 78949169 | | OLYMPIC | TARR | DEAD |
| 23 | 78949152 | | OLYMPIA | TARR | DEAD |
| 24 | 78975482 | 2878019 | AQUA LIFE | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 25 | 78975161 | 2840441 | PARADISE GOLD | TARR | LIVE |
| 26 | 78434531 | | HEALTH SELECT THE PREFERRED CHOICE IN HEALTH CARE | TARR | DEAD |
| 27 | 78393778 | 3061106 | KITCHEN AMIGO | TARR | LIVE |
| 28 | 78359862 | | YULETIDE TRADITIONS | TARR | DEAD |
| 29 | 78344644 | | SYNCHRONIZING LIGHTS WITH SYNCHRO-MOTION TECHNOLOGY | TARR | DEAD |
| 30 | 78320803 | | SWIM CLASS | TARR | DEAD |
| 31 | 78287876 | | I.C. CREMES | TARR | DEAD |
| 32 | 78287309 | 2913944 | ALL IS BRITE | TARR | LIVE |
| 33 | 78284502 | 3066564 | CHRISTMAS KITCHEN | TARR | LIVE |
| 34 | 78284429 | | I.C. CUBES | TARR | DEAD |
| 35 | 78284277 | | TREE TUNES | TARR | DEAD |
| 36 | 78252933 | | RU-BEAR | TARR | DEAD |
| 37 | 78250027 | | RAVINIA ACCENTS | TARR | DEAD |
| 38 | 78249431 | | PRECIOUS PRESENTS | TARR | DEAD |
| 39 | 78240066 | 2924260 | BATH LOGIC | TARR | LIVE |
| 40 | 78237987 | 2887809 | CUDDLY CAM | TARR | LIVE |
| 41 | 78232812 | 2872831 | ACHIEVE | TARR | LIVE |
| 42 | 78222275 | 2837417 | RAVINIA | TARR | LIVE |
| 43 | 78209302 | 2815861 | TIME SNAPZ | TARR | LIVE |
| 44 | 78207715 | 2794947 | LIVING SOLUTIONS | TARR | LIVE |
| 45 | 78194826 | | THE BIG ZIP SHARK | TARR | DEAD |
| 46 | 78194750 | 2995736 | GARDEN BUDDIES | TARR | LIVE |
| 47 | 78191041 | | MICRO XTREME WHEELS | TARR | DEAD |
| 48 | 78189399 | | MICRO XTREME RACER | TARR | DEAD |
| 49 | 78188849 | | SPY WIZ | TARR | DEAD |
| 50 | 78188434 | 2814287 | WINDOW GRABBERS | TARR | LIVE |
| 51 | 78184502 | | STEPS FOR YOUR HEALTH | TARR | DEAD |
| 52 | 78181692 | | WINDSTORM | TARR | DEAD |
| 53 | 78180805 | | THE MERRY MALLOWS | TARR | DEAD |
| 54 | 78179409 | 2756371 | BACKYARD ACCENTS | TARR | LIVE |
| 55 | 78170531 | 2960750 | SHADES OF U | TARR | LIVE |
| 56 | 78168510 | | PUPPY CAMP | TARR | DEAD |
| 57 | 78165414 | 2858860 | CASUAL POINTE | TARR | LIVE |
| 58 | 78162997 | 2893864 | PARADISE GOLD | TARR | LIVE |
| 59 | 78162277 | 2710260 | KOLLECTION | TARR | LIVE |
| 60 | 78160405 | 3042384 | THE PUPPY PATCH | TARR | LIVE |
| 61 | 78151228 | 2828580 | NOTHING BUT SUN | TARR | LIVE |
| 62 | 78149163 | 2910284 | CASUAL POINTE | TARR | LIVE |
| 63 | 78147296 | | AQUA LIFE | TARR | DEAD |
| 64 | 77153929 | | RICH FIELDS RF | TARR | LIVE |
| 65 | 77102875 | | DIGITAL DECOR | TARR | LIVE |
| 66 | 77016893 | | OLYMPUS | TARR | LIVE |
| 67 | 77006882 | | OLYMPIAN DIVER | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 68 | 77229592 | 3359494 | HAIR DE-LITES | TARR | LIVE |
| 69 | 77229506 | 3359493 | HAIR DE-LITES | TARR | LIVE |
| 70 | 77074946 | | HAIR DE-LITES | TARR | DEAD |
| 71 | 77006949 | | OLYMPUS DIVER | TARR | DEAD |
| 72 | 77006905 | | OLYMPIAN | TARR | DEAD |
| 73 | 77196725 | | GOGGS | TARR | LIVE |
| 74 | 77183951 | | GUARD | TARR | LIVE |
| 75 | 77183919 | | GUARD | TARR | LIVE |
| 76 | 77183832 | | GUARD | TARR | LIVE |
| 77 | 77173401 | | GAZELLE QUICK POWERFUL, AND LIGHTWEIGHT | TARR | LIVE |
| 78 | 77170762 | | NEW CASTLE | TARR | LIVE |
| 79 | 77170717 | | NEWCASTLE | TARR | LIVE |
| 80 | 77167620 | | GAZELLE | TARR | LIVE |
| 81 | 77006910 | | OLYMPIC | TARR | DEAD |
| 82 | 77276357 | | RICH RF FIELDS | TARR | LIVE |
| 83 | 77109078 | | HEALTH SELECT | TARR | LIVE |
| 84 | 77109064 | | HEALTH SELECT | TARR | LIVE |
| 85 | 77109052 | | HEALTH SELECT | TARR | LIVE |
| 86 | 77075238 | | LEND-A-HAND | TARR | LIVE |
| 87 | 77255929 | | OLYMPIA | TARR | LIVE |
| 88 | 77224506 | | RICH FIELDS RF | TARR | LIVE |
| 89 | 77224487 | | RICH FIELDS RF | TARR | LIVE |
| 90 | 77154295 | | RF RICH FIELDS | TARR | LIVE |
| 91 | 77035376 | | FUJIDIGITAL | TARR | DEAD |
| 92 | 77032104 | | FUJI DIGITAL | TARR | DEAD |
| 93 | 77004176 | | ODOR GUARD | TARR | LIVE |
| 94 | 77009341 | | GUARD | TARR | LIVE |
| 95 | 77154078 | | RICH FIELDS RF | TARR | LIVE |
| 96 | 77031991 | | FUJI | TARR | LIVE |
| 97 | 77006578 | | GOLD MEDAL | TARR | LIVE |
| 98 | 77006966 | | OLYMPUS | TARR | LIVE |
| 99 | 76163917 | 2608151 | PARADISE GOLD | TARR | LIVE |
| 100 | 76110505 | 2817783 | BELLYBUTTONS | TARR | DEAD |
| 101 | 76158025 | | CONNECT & DIRECT | TARR | DEAD |
| 102 | 76120271 | 2545277 | SWEET EMOTIONS | TARR | LIVE |
| 103 | 76284251 | 2650588 | LEND-A-HAND | TARR | LIVE |
| 104 | 76975608 | 2768036 | PALM COLLECTION | TARR | LIVE |
| 105 | 76112535 | 3087874 | CONFECTIONERY LANE | TARR | LIVE |
| 106 | 76007979 | 2473294 | MAGIC SWEEPER KIT | TARR | LIVE |
| 107 | 76976581 | 2851784 | BODY CENTRE BATH COLLECTION | TARR | LIVE |
| 108 | 76976392 | 2839120 | GIFTS OF GOLD | TARR | LIVE |
| 109 | 76976262 | 2830703 | COMPUTER ESSENTIALS | TARR | LIVE |
| 110 | 76975948 | 2949344 | PERFORMANCE SPORT | TARR | LIVE |
| 111 | 76975809 | 2783048 | GARDEN WITH STYLE | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 112 | 76975368 | 2730538 | ACCENT ON SPRING | TARR | LIVE |
| 113 | 76975313 | 2733304 | FAUXBIA | TARR | LIVE |
| 114 | 76975218 | 2716518 | GARDEN WITH STYLE | TARR | LIVE |
| 115 | 76975060 | 2710096 | CELEBRATE WITH STYLE | TARR | LIVE |
| 116 | 76975036 | 2694120 | HOME FOR AUTUMN | TARR | LIVE |
| 117 | 76430542 | 2762745 | BREEZEWAY | TARR | LIVE |
| 118 | 76426428 | 2832771 | ANIMAL AVENUE | TARR | LIVE |
| 119 | 76426406 | 2757374 | WARMSTAR | TARR | LIVE |
| 120 | 76402177 | 2803261 | GOURMET'S BEST | TARR | LIVE |
| 121 | 76374208 | | COMPUTER ESSENTIALS | TARR | DEAD |
| 122 | 76362148 | 2720007 | PIXIE LIGHTS | TARR | LIVE |
| 123 | 76358880 | 2680444 | WINTER TREE | TARR | LIVE |
| 124 | 76355354 | | E-Z WRAP LIGHTS | TARR | DEAD |
| 125 | 76355233 | | TWIST FREE WRAP LIGHTS | TARR | DEAD |
| 126 | 76351082 | | STAR SPANGLED STARLIGHT MINTS | TARR | DEAD |
| 127 | 76351081 | | PATRIOT STARLIGHT MINTS | TARR | DEAD |
| 128 | 76351080 | 2671747 | MAGIC CUBE | TARR | LIVE |
| 129 | 76350598 | 2785481 | GELERATIONS | TARR | LIVE |
| 130 | 76338081 | 2744193 | LOCK-AGE | TARR | LIVE |
| 131 | 76333664 | | PRO-FILE | TARR | DEAD |
| 132 | 76323759 | | BRAIN STORMS | TARR | DEAD |
| 133 | 76317631 | | SHORELINE | TARR | DEAD |
| 134 | 76314289 | | SHORELINE | TARR | DEAD |
| 135 | 76307005 | 2680104 | STACK-A-SAC | TARR | LIVE |
| 136 | 76295628 | | PUFF BUNCH | TARR | DEAD |
| 137 | 76292249 | 2586638 | VENUS | TARR | LIVE |
| 138 | 76285780 | 2591346 | ARIES | TARR | LIVE |
| 139 | 76285475 | 2948581 | ARIES | TARR | LIVE |
| 140 | 76282297 | | ACCENT ON SPRING | TARR | DEAD |
| 141 | 76274421 | 2776330 | DENIM GEAR | TARR | LIVE |
| 142 | 76274168 | 2688064 | MOVIE MADNESS | TARR | LIVE |
| 143 | 76273371 | 2660662 | ADOR-A-BUBBLES | TARR | LIVE |
| 144 | 76273231 | | ICE CREAM SUNDAES | TARR | DEAD |
| 145 | 76269610 | | PALM COLLECTION | TARR | DEAD |
| 146 | 76268773 | | ESSCENTIALS OF SPRING | TARR | DEAD |
| 147 | 76267385 | | ARTE DELLA CERA | TARR | DEAD |
| 148 | 76265787 | 2689280 | AMORE & MORE | TARR | LIVE |
| 149 | 76265084 | | HOME EXCLUSIVES | TARR | DEAD |
| 150 | 76263985 | | SETTING THE STYLE | TARR | DEAD |
| 151 | 76263984 | | THE NANTUCKET COLLECTION | TARR | DEAD |
| 152 | 76263675 | | HOLIDAY FROST | TARR | DEAD |
| 153 | 76261907 | | SEASON SCENTS | TARR | DEAD |
| 154 | 76261906 | | THE EGG FARM | TARR | DEAD |
| 155 | 76261695 | | NOTHING BUT FUN | TARR | DEAD |

| | | | | | |
|---|---|---|---|---|---|
| 156 | 76261694 | | ILLUMINATORS | TARR | DEAD |
| 157 | 76261693 | | NOTHING BUT SUN | TARR | DEAD |
| 158 | 76257533 | 2743602 | THE FOUNDER'S COLLECTION | TARR | LIVE |
| 159 | 76256197 | 2592920 | SMALL TOWN TEDDIES | TARR | LIVE |
| 160 | 76254459 | | GARDEN WITH STYLE | TARR | DEAD |
| 161 | 76251522 | | ALCO | TARR | DEAD |
| 162 | 76248301 | 2774511 | CRYSTAL BRIGHT LIGHT SCULPTURE | TARR | LIVE |
| 163 | 76241555 | | BODY CENTRE BATH COLLECTION | TARR | DEAD |
| 164 | 76241228 | | BATH GEAR FOR MEN | TARR | DEAD |
| 165 | 76238501 | 2637014 | ALCO | TARR | LIVE |
| 166 | 76232666 | 2622192 | THE VIBE RADIO | TARR | LIVE |
| 167 | 76225320 | | CELEBRATION STATION | TARR | DEAD |
| 168 | 76223350 | 2703072 | IMPACT LIGHT | TARR | LIVE |
| 169 | 76223299 | 2670024 | PARTY WITH STYLE | TARR | LIVE |
| 170 | 76223032 | | CELEBRATE WITH STYLE | TARR | DEAD |
| 171 | 76222917 | 2618910 | GEM | TARR | LIVE |
| 172 | 76220962 | 2657097 | EQUATION | TARR | LIVE |
| 173 | 76215901 | 2626398 | GUMMI BEARS | TARR | LIVE |
| 174 | 76213936 | | SUPER HOOKS | TARR | DEAD |
| 175 | 76208983 | | AUTO BAY | TARR | DEAD |
| 176 | 76204393 | 2845373 | HOLIDAY FROST | TARR | LIVE |
| 177 | 76202466 | | SILVER SHIMMERS | TARR | DEAD |
| 178 | 76201020 | 2817858 | HOME FOR AUTUMN | TARR | LIVE |
| 179 | 76198628 | 2595821 | ENERGY BEAM LIGHT | TARR | LIVE |
| 180 | 76187238 | 2838939 | GIFTS OF GOLD | TARR | LIVE |
| 181 | 76187237 | | SETTING THE STYLE | TARR | DEAD |
| 182 | 76187236 | 2762306 | HOLIDAY GEMS | TARR | LIVE |
| 183 | 76185829 | | SWAG LIGHTS | TARR | DEAD |
| 184 | 76180357 | | TURBOSTREAM | TARR | DEAD |
| 185 | 76176596 | | TWIST 'N RULE | TARR | DEAD |
| 186 | 76166406 | 2740708 | PRINETTI | TARR | LIVE |
| 187 | 76157981 | | TWIST- FREE | TARR | DEAD |
| 188 | 76152213 | 2802796 | TODAY'S EXTERIOR | TARR | LIVE |
| 189 | 76146666 | | DENIM GEAR | TARR | DEAD |
| 190 | 76143633 | | TOUCH FAN | TARR | DEAD |
| 191 | 76139850 | 2485268 | TODAY'S EXTERIOR | TARR | LIVE |
| 192 | 76139629 | | ACCESSORIES TO GO | TARR | DEAD |
| 193 | 76134720 | | DOWNTOWN CHIC | TARR | DEAD |
| 194 | 76118930 | | FAUXBIA | TARR | DEAD |
| 195 | 76118651 | | SHORELINE | TARR | DEAD |
| 196 | 76115184 | | TOTEM POPS | TARR | DEAD |
| 197 | 76111660 | 2530782 | PLUSHOCULARS | TARR | LIVE |
| 198 | 76111388 | | CONFECTION LANE | TARR | DEAD |
| 199 | 76110694 | | PETALS | TARR | DEAD |

| | | | | | |
|---|---|---|---|---|---|
| 200 | 76110475 | | GARDEN DREAMS | TARR | DEAD |
| 201 | 76105860 | 2854175 | PERFORMANCE SPORT | TARR | LIVE |
| 202 | 76100888 | 2554036 | CLUSTERBRITES | TARR | LIVE |
| 203 | 76100887 | | CLUSTERFRIGHTS | TARR | DEAD |
| 204 | 76100212 | | ZIP GLIDER | TARR | DEAD |
| 205 | 76100210 | | TUFF GLIDER | TARR | DEAD |
| 206 | 76095288 | 2583480 | CLEARSCENTS | TARR | LIVE |
| 207 | 76083123 | | XTREME GLIDER | TARR | DEAD |
| 208 | 76064892 | | SUMMER BUDDIES | TARR | DEAD |
| 209 | 76064589 | 2681642 | ESSCENTIALS OF SPRING | TARR | LIVE |
| 210 | 76055400 | | FLOW RITE | TARR | DEAD |
| 211 | 76051585 | | HOME TOOL | TARR | DEAD |
| 212 | 76045182 | | SUPER ALKALINE | TARR | DEAD |
| 213 | 76042085 | | SPRING BLOOMS | TARR | DEAD |
| 214 | 76036539 | 2499140 | STAPLE STASHER | TARR | LIVE |
| 215 | 76029491 | | INSCENTS | TARR | DEAD |
| 216 | 75605758 | 2446859 | TURBO BREEZE | TARR | DEAD |
| 217 | 75812934 | 2431102 | TDE SYSTEMS | TARR | DEAD |
| 218 | 75730668 | 2451903 | THE RITE OF SPRING | TARR | LIVE |
| 219 | 75982464 | 2636310 | PRINETTI | TARR | LIVE |
| 220 | 75927352 | 2589304 | KITCHEN ELEMENTS | TARR | LIVE |
| 221 | 75642763 | 2403413 | LEND-A-HAND | TARR | LIVE |
| 222 | 75980754 | 2486300 | TODAY'S EXTERIOR | TARR | LIVE |
| 223 | 75929236 | 2469354 | VERONICA STEVENS COLLECTIBLES | TARR | LIVE |
| 224 | 75626470 | 2460785 | SCARY ICE LIGHTS | TARR | LIVE |
| 225 | 75662360 | 2505076 | ADOR-A-BUBBLES | TARR | LIVE |
| 226 | 75859269 | 2500923 | PRINETTI | TARR | LIVE |
| 227 | 75706344 | 2483227 | PERFORMANCE SPORT | TARR | LIVE |
| 228 | 75983472 | 2854120 | 'ROUND THE HOUSE | TARR | LIVE |
| 229 | 75983347 | 2817722 | 'ROUND THE HOUSE | TARR | LIVE |
| 230 | 75982417 | 2625898 | AMORE & MORE | TARR | LIVE |
| 231 | 75982284 | 2605448 | HOLIDAY FROST | TARR | LIVE |
| 232 | 75982006 | 2602026 | ORIGINAL BACKTRAILS GEAR | TARR | LIVE |
| 233 | 75981895 | 2565978 | SIMPLE ELEGANCE | TARR | LIVE |
| 234 | 75981828 | 2579761 | HOME EXCLUSIVES | TARR | LIVE |
| 235 | 75981773 | 2565977 | DOWNTOWN CHIC | TARR | LIVE |
| 236 | 75981553 | 2579748 | 'ROUND THE HOUSE | TARR | LIVE |
| 237 | 75980486 | 2548242 | HEARTH-SIDE EXPRESSIONS | TARR | LIVE |
| 238 | 75978005 | 2237855 | T.D.E. SYSTEMS | TARR | LIVE |
| 239 | 75977573 | 2202307 | TROPICAL DAZE | TARR | LIVE |
| 240 | 75976675 | 2139806 | ALUMNI | TARR | LIVE |
| 241 | 75976601 | 2167789 | AUTO BAY | TARR | DEAD |
| 242 | 75976513 | 2214811 | TRAVEL SCENE | TARR | LIVE |
| 243 | 75909344 | | SIMPLE ELEGANCE | TARR | DEAD |

| | | | | | |
|---|---|---|---|---|---|
| 244 | 75909266 | | DOWNTOWN CHIC | TARR | DEAD |
| 245 | 75904985 | | EXPRESS | TARR | DEAD |
| 246 | 75859904 | | PUFF BUNCH | TARR | DEAD |
| 247 | 75859890 | | SWIRL LIGHTS | TARR | DEAD |
| 248 | 75833288 | 2576530 | INTELLIFORK | TARR | LIVE |
| 249 | 75793355 | | TURBOJET | TARR | DEAD |
| 250 | 75789813 | | TURBOJET | TARR | DEAD |
| 251 | 75780974 | 2805157 | 'ROUND THE HOUSE | TARR | LIVE |
| 252 | 75772385 | 2681536 | POLAR EXPRESS | TARR | LIVE |
| 253 | 75752749 | | HOME WONDERS | TARR | DEAD |
| 254 | 75752748 | | 'ROUND THE HOUSE | TARR | DEAD |
| 255 | 75752700 | 2686920 | HOME EXCLUSIVES | TARR | LIVE |
| 256 | 75749278 | | HEARTHSIDE EXPRESSIONS | TARR | DEAD |
| 257 | 75714883 | 2466409 | SCI. TRONIX SYSTEMS | TARR | LIVE |
| 258 | 75708054 | | SPA OASIS | TARR | DEAD |
| 259 | 75706345 | | NATURE'S CHANDELIER ICE LIGHTS | TARR | DEAD |
| 260 | 75662359 | | LOCK ON | TARR | DEAD |
| 261 | 75646374 | | TODAY'S EXTERIOR | TARR | DEAD |
| 262 | 75642240 | | WOVEN RIBBON LIGHTS | TARR | DEAD |
| 263 | 75618116 | | NEW BLOCK ON THE KID | TARR | DEAD |
| 264 | 75587054 | | Y2K | TARR | DEAD |
| 265 | 75572523 | | FLORALWRAPS | TARR | DEAD |
| 266 | 75535138 | 2643198 | ORIGINAL BACKTRAILS GEAR | TARR | LIVE |
| 267 | 75534585 | | CAMPUS BOUND | TARR | DEAD |
| 268 | 75519744 | | HOLIDAY DUETS | TARR | DEAD |
| 269 | 75519743 | | MELODY MATES | TARR | DEAD |
| 270 | 75519742 | | SCARE-TONES | TARR | DEAD |
| 271 | 75468400 | 2433859 | WONDERS OF SPACE | TARR | DEAD |
| 272 | 75321578 | 2390166 | T.D.E. SYSTEMS | TARR | DEAD |
| 273 | 75468407 | 2416188 | ALEXANDER SCOTT | TARR | LIVE |
| 274 | 75054167 | 2092125 | MERRY MOVEABLES | TARR | LIVE |
| 275 | 75033226 | 2070772 | PRIMEZONE TOYS | TARR | LIVE |
| 276 | 75484442 | 2305540 | TRAVEL SCENE | TARR | DEAD |
| 277 | 75236596 | 2254068 | PRO TUFF | TARR | DEAD |
| 278 | 75493454 | 2553004 | NIKI RICHARDS | TARR | LIVE |
| 279 | 75477890 | | SPECIALLY FOR YOU | TARR | DEAD |
| 280 | 75460838 | | DRAPE LIGHTS | TARR | DEAD |
| 281 | 75419639 | | DANCING LIGHTS | TARR | DEAD |
| 282 | 75418428 | | EASY DECOR | TARR | DEAD |
| 283 | 75418427 | | BRANCH LIGHTS | TARR | DEAD |
| 284 | 75414868 | | PORTSMOUTH GALLERY | TARR | DEAD |
| 285 | 75378959 | 2223965 | RENE COLLECTION | TARR | DEAD |
| 286 | 75363667 | | HIGHLIGHTERS BY THE FOOT | TARR | DEAD |
| 287 | 75363666 | | PENCILS BY THE YARD | TARR | DEAD |

| | | | | | |
|---|---|---|---|---|---|
| 288 | 75339610 | | 2000 THE NEXT MILLENNIUM | TARR | DEAD |
| 289 | 75317864 | | ROYAL SHEFFIELD | TARR | DEAD |
| 290 | 75312190 | 2277070 | SUPER ENERGY PLUS | TARR | LIVE |
| 291 | 75308815 | | CLUSTERBRITES | TARR | DEAD |
| 292 | 75308350 | | CLUSTERFRIGHTS | TARR | DEAD |
| 293 | 75306582 | | DECO-TRIM | TARR | DEAD |
| 294 | 75289662 | | MESSINA | TARR | DEAD |
| 295 | 75269545 | 2243406 | NATURE'S ICE LIGHTS | TARR | LIVE |
| 296 | 75230618 | | THE ORIGINAL CANIMALS | TARR | DEAD |
| 297 | 75224010 | | AUTO BAY | TARR | DEAD |
| 298 | 75165101 | 2212134 | TRAVEL SCENE | TARR | LIVE |
| 299 | 75117255 | 2270106 | SUPER ENERGY+ | TARR | LIVE |
| 300 | 75044423 | 2109722 | JENNY FAITH | TARR | DEAD |
| 301 | 75039366 | | MERRY PATCHMAS | TARR | DEAD |
| 302 | 75028632 | | SOLAR DESIGNS | TARR | DEAD |
| 303 | 75016007 | | ALUMNI | TARR | DEAD |
| 304 | 75015080 | | ELECTRA-LITES | TARR | DEAD |
| 305 | 74588217 | 2003559 | YULETIDE TRADITIONS | TARR | LIVE |
| 306 | 74689987 | 2026094 | NEW CASTLE LAMPS | TARR | LIVE |
| 307 | 74588216 | 2095520 | PRINETTI | TARR | LIVE |
| 308 | 74724905 | 2054114 | PRINETTI | TARR | LIVE |
| 309 | 74802718 | | TROPICAL DAZE | TARR | DEAD |
| 310 | 74724876 | | RENE COLLECTION | TARR | DEAD |
| 311 | 74695337 | 2051926 | CHIRPY & NIBBLES | TARR | DEAD |
| 312 | 74691210 | 2091836 | TINKERBEARS | TARR | DEAD |
| 313 | 74691077 | 2240909 | TWILIGHT CANDLES | TARR | LIVE |
| 314 | 74691046 | 2182618 | RENE COLLECTION | TARR | LIVE |
| 315 | 74691045 | | RENE BATH BOUTIQUE | TARR | DEAD |
| 316 | 74599170 | 2062480 | TROPICAL DAZE | TARR | LIVE |
| 317 | 74587399 | 2114433 | PLANET HALLOWEEN | TARR | LIVE |
| 318 | 74256010 | | SOFTWEAR | TARR | DEAD |
| 319 | 73701898 | 1571239 | ATICO | TARR | LIVE |
| 320 | 73626469 | 1468621 | A | TARR | DEAD |
| 321 | 73626465 | 1461324 | ATICO SAVINGS BANK | TARR | DEAD |
| 322 | 73626431 | 1446784 | A ATICO SAVINGS BANK | TARR | DEAD |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP