# EXHIBIT 13

Case 1:07-cv-06451  Document 21-14  Filed 02/01/2008  Page 1 of 6



Shop > Household > Cleaning Supplies > Carpet & Floor Cleaners



# Atico Gazelle 2-in-1 Cyclonic Cordless Vacuum

Price $79.99

Quantity: 1    [ADD TO CART]

Save to list

Size/count: 1.0 ea.

Ships for FREE

**In Stock** ships in 3 business days.
**Return** to your local Walgreens stor

View Larger Image

(1 Rating)

Write a Review

Read 1 Review

## Information below

Description     You May Also Like     Shipping Details

More Brands     Warnings               Reviews

Easy Shop

Returning an I
Read return polic

PayPal
Shop online wit
a credit card. D

Enjoy No Payment
90 Days on orders ove

BillMeLater
Subject to credit approval. D

## Description

- Quick, powerful, and lightweight.
- 14.4 Volts of power.
- For use on hard floors and carpet.
- 2-in-1 Vacuum cleaner.
- Detachable handheld vacuum with built-in crevice tool.
- Bagless cyclonic system.
- Motorized power brush.
- LED light power on and charge level indicator.
- Fold-down handle for easy storage.
- Easy-to-maneuver swivel head.
- Washable 2-stage filter.

- Convenient, wall mountable charge stand.
- Rechargeable 14.4 V NICd battery.
- Lightweight stick & handheld vacuum cleaner.
- Bagless cyclonic system.
- Household use only.
- LED light charge mode indicator.
- Detachable dust cup.
- LED light power brush indicator.
- Made in China.



FREE shipping on **1000s** of it Learn more

## More Brands

| | | |
|---|---|---|
| Atico | HomeCenter | Perfection |
| Formula 409 | Lysol | Resolve |
| Glade | Murphy | Spot Shot |
| Hartz | OnTel Products | Swiffer |
| Holloway House | Oxy Deep | TuF |

View all Carpet & Floor Cleaners

## Site Features

- Shopping List
- Weekly Ad
- Online Specials
- Rebates
- Sweepstakes & Pror

## Reviews

**PRODUCT REVIEWS SUMMARY** ( Powered by PowerReviews.com )　　　Print A

**Avg. Customer Rating:**　　　(based on 1 review)

Already own it? Write a F

Displaying Review 1 of 1

### Love it! Love it! Love it!

By Holly  [VERIFIED REVIEWER] from **South Florida** on **11/20/2007**

**Pros:** Easy to Use, Simple Instructions, Efficient, Powerful
**Best Uses:** Cleaning, Home
**Describe Yourself:** Homeowner
**Bottom Line:** Yes, I would recommend this to a friend

I absolutely love this mini vac! You wouldn't believe the powerful suction that this little wonder creates. It picks up everything with ease. The removable hand vac makes cleaning up small messes a breeze. And it's always charged ready in its charger base. So Handy!

Was this review helpful to you? Yes/No - You may also flag this review.

Displaying Review 1 of 1

## Warnings

- Contains nickel-cadmium battery.
- Must be disposed of properly.
- Do not dispose of in municipal waste.

## Item shipping Details

 Package Weight: 9.75LB

 Package Dimensions: W: 9.75" x H: 25.0" x D: 7.75"

## Walgreens Information

Shipping Information
Return Policy
Walgreens Brand Guarantee
Privacy Policy

All product information © 2007 ATICO International USA, Inc.

Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Web Site Survey | Contact Us

Diversity | Walgreens Outreach | Health Corner TV | Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security
© Copyright 2008 Walgreen Co. All rights reserved.



Shop > Notebooks & Filler Paper



### Atico Glossy Papers Notebook, Assorted

Price    $5.00
Quantity:  1    [ADD TO CART]
         Save to list
Size/count:  80.0 sh.

FREE shipping eligible
**In Stock** ships in 3 business days.
**Return** to your local Walgreens store

View Larger Image

(0 Ratings)
Write a Review

## Information below

Description            You May Also Like        Shipping Details

More Brands            Reviews

## Description

- Made in Taiwan.
- This item is shipped as an assortment. Color will be chosen for you when your order is processed.

**Easy Shop**

Returning an I
Read return polic

**PayPal**
Shop online wit
a credit card. D

Enjoy No Payment
90 Days on orders ove
**BillMeLater**
Subject to credit approval.



## More Brands

| | | |
|---|---|---|
| Walgreens | Corner Office | Leap Year |
| Atico | Design | Mead |
| Cambridge | Fast Forward | Notebound |
| Class Colors | Glossy Papers | Paper World |
| Continental Accessory | Homies | Penway |

View all Notebooks & Filler Paper

## Site Features

- Shopping List
- Weekly Ad
- Online Specials
- Rebates
- Sweepstakes & Pro

## Reviews

**PRODUCT REVIEWS SUMMARY** (Powered by PowerReviews.com)

Be the first to review this product. Write

## Item shipping Details

- Package Weight: 0.73LB
- Package Dimensions: W: 8.83" x H: 10.52" x D: 0.61"

## Walgreens Information

Shipping Information
Return Policy
Walgreens Brand Guarantee
Privacy Policy

All product information © 2006 Atico International



Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Web Site Survey | Contact Us

Diversity | Walgreens Outreach | Health Corner TV | Español | Walgreens Health Services



Notice of Privacy Practices | Terms of Use | Online Privacy & Security
© Copyright 2008 Walgreen Co. All rights reserved.