# EXHIBIT 14

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                          Washington, DC 20207

---

FOR IMMEDIATE RELEASE
July 18, 2007
Release #07-244

**Firm's Recall Hotline: (877) 546-4835**
CPSC Recall Hotline: (800) 638-2772
CPSC Media Contact: (301) 504-7908

## Atico International USA Recalls Coffeemakers Sold Exclusively at Walgreens Due to Fire Hazard

WASHINGTON, D.C. - The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer product. Consumers should stop using recalled products immediately unless otherwise instructed.

**Name of Product:** *Signature Gourmet*™ and *Kitchen Gourmet*® 12-Cup Coffeemakers

**Units:** About 392,000

**Importer/Distributor:** Atico International USA Inc., of Fort Lauderdale, Fla.

**Hazard:** The coffeemaker can ignite due to an electrical failure, posing a fire hazard.

**Incidents/Injuries:** Atico International USA, Inc. has received 14 reports of electrical failures, including six reports in which the unit ignited causing minor property damage. No injuries have been reported.

**Description:** The coffeemaker is white with a glass coffeepot. *Signature Gourmet*™ or *Kitchen Gourmet*® is printed on the front of the unit. The Model Number (XQ-673B), Item Number (W14A4984) and date code are located on the bottom of the unit. Only units with date codes from May 2003 (0503) through July 2006 (0706) are affected by this recall.

**Sold at:** Walgreens stores nationwide from August 2003 through December 2006. The *Signature Gourmet*™ model sold for about $16 and the *Kitchen Gourmet*® model sold for about $10.

**Manufactured in:** China

**Remedy:** Consumers should stop using the recalled coffeemakers immediately and contact Atico International USA for instructions on returning the product for a full refund.

**Consumer Contact:** Consumers should call Atico International USA toll-free at (877) 546-4835 between 9 a.m. and 5 p.m. ET Monday through Friday, or visit the company's Web site at www.aticousa.com

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                     Washington, DC 20207

FOR IMMEDIATE RELEASE              **Company Phone Number: (800) 645-3867**
April 8, 1998                                     CPSC Consumer Hotline: (800) 638-2772
Release # 98-092              CPSC Media Contact: Nychelle Fleming, (301) 504-7063

## CPSC, Atico International Announce Recall of "Eyeball" and Smiley Face Floating Balls

WASHINGTON, D.C. - In cooperation with the U.S. Consumer Product Safety Commission (CPSC), Atico International USA, Inc., of Fort Lauderdale, Fla., is recalling about 329,000 Halloween Floating Eyeballs and about 100,000 Smiley Face Floating Balls. These balls contain kerosene. If the ball cracks or breaks, kerosene leaking out could poison young children if swallowed. The smaller of these balls also present a serious choking hazard to young children. They lack warning labels required for small balls.

CPSC and Atico International USA, Inc. are not aware of any injuries involving these balls. This recall is being conducted to prevent the possibility of injuries.

All of the Smiley Face balls are 1.5 inches in diameter. They are yellow with black features. The Halloween Eyeballs were sold in two sizes. They measure either 1.5 or 2.25 inches in diameter. They are white with different colored irises and red streaks (resembling bloodshot eyes). All the balls float in kerosene inside a clear outer ball, and are labeled "MADE IN TAIWAN."

These balls were sold nationwide by retail chain stores such as Arbor Drug, Eckerd Drugs, Thrift Drugs, K&B, Inc and Walgreen drug stores from June 1995 through October 1997 for about $1.

Consumers should take these balls away from children immediately and return them to the store where they were purchased for a refund. For more information, contact Atico International USA toll free at (800) 645-3867, extension 541. Consumers will hear a recording asking them to leave their name and number, and an Atico International USA representative will return their call.

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                    Washington, DC 20207

| | |
|---|---|
| FOR IMMEDIATE RELEASE<br>April 29, 2005<br>Release #05-163 | **Firm's Recall Hotline: (877) 546-4835**<br>CPSC Recall Hotline: (800) 638-2772<br>CPSC Media Contact: (301) 504-7908 |

## CPSC, Atico International USA Announce Recall of Children's Folding Chairs

WASHINGTON, D.C. – The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer product. Consumers should stop using recalled products immediately unless otherwise instructed.

**Name of Product:** Children's Folding Chair

**Units Sold:** About 1.5 million

**Distributor:** Atico International USA Inc., of Fort Lauderdale, Fla.

**Problem:** The chair's safety lock can fail, allowing the chair to collapse or fold unexpectedly. Children's fingers can become caught or entrapped in the hinge and slot areas of the chair, posing a pinch or cut hazard. This can cause severe lacerations and finger tip amputations to children's fingers.

**Incidents/Injuries:** The firm has received four reports of finger tip amputations and seven reports of lacerations to children's fingers.

**Description:** The recalled children's folding chairs are made of metal tubing with a padded seat. They were sold in red, blue, yellow and green colors either individually or as part of a set consisting of a table and four chairs. Each chair is about 22-inches high, 10-inches wide, and about 11-inches deep. "IMPORTED BY: ATICO INTERNATIONAL USA, INC." is written on a label located underneath the seat of some of the chairs.

**Sold at:** Hardware, discount department, toy, grocery and drug stores nationwide from September 2002 through April 2005 for about $10 individually and for about $30 for a set.

**Manufactured in:** China

**Remedy:** Consumers should immediately stop using the chairs and contact Atico for a full refund.

**Consumer Contact:** Consumers should call Atico at (877) 546-4835 between 9 a.m. and 5 p.m. ET Monday through Friday, or visit the company's Web site at www.aticousa.com



---

Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30 years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                    Washington, DC 20207

FOR IMMEDIATE RELEASE
August 16, 2006
Release #06-233

**Firm's Recall Hotline: (877) 546-4835**
CPSC Recall Hotline: (800) 638-2772
CPSC Media Contact: (301) 504-7908

## Atico International USA Recalls Folding Picnic Tables Due to Collapsing Hazard

WASHINGTON, D.C. – The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer product. Consumers should stop using recalled products immediately unless otherwise instructed.

**Name of Product:** Folding Picnic Tables

**Units:** About 209,000

**Distributor:** Atico International USA Inc., of Fort Lauderdale, Fla.

**Manufacturer:** Ningbo Brothers Sports Products Co. Ltd, of Zhejiang, China; Superson Furniture Products Co. Ltd., of Zhejiang, China; and Taihou Yunfeng Electric Appliance Co. Ltd., of Zhejiang, China.

**Hazard:** The legs on the picnic table can buckle or break during use, causing the table to collapse or fold unexpectedly.

**Incidents/Injuries:** The firm has received 26 reports of the tables collapsing, including 18 reports of injuries including a broken foot and muscle strains.

**Description:** The recalled picnic tables have a GREEN plastic top, four GREEN plastic seats that are permanently attached, and silver/steel aluminum legs. Model numbers involved in this recall are W50B2268 and W50H0284. The model numbers are located on the packaging.

**Sold only at:** Family Dollar, Rite-Aid, Kerr Drug, Happy Harry's, Mays, Community Distributors, Farmacias El Amal, Eckerd, Snyder Drug, Navarro Discount Pharmacies, and Duane Reade stores nationwide from January 2001 through December 2005 for between $20 and $40.

**Manufactured In:** China

**Remedy:** Consumers should immediately stop using the picnic tables and contact Atico for product verification and product return instructions. Consumers who return their table to Atico will receive a refund and up to $15 for return shipping by U.S. ground.

**Consumer Contact:** For more information, contact Atico International USA toll-free at (877) 546-4835 between 9 a.m. and 5 p.m. ET Monday through Friday, or visit the company's Web site at www.aticousa.com



---

Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30 years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                    Washington, DC 20207

FOR IMMEDIATE RELEASE                    **Atico Recall Hotline: (800) 645-3867**
March 6, 2003                              CPSC Consumer Hotline: (800) 638-2772
Release # 03-090                    CPSC Media Contact: Scott Wolfson, (301) 504-7051

## CPSC, Atico International Announce Recall of Hot Pots

WASHINGTON, D.C. - In cooperation with the U.S. Consumer Product Safety Commission (CPSC), Atico International USA Inc., of Fort Lauderdale, Fla., is voluntarily recalling about 37,000 electrical hot pots. The bottom of the hot pot can separate from the top, which could pose a serious burn hazard to consumers.

Atico International has received five reports of the hot pots separating, though no injuries have been reported.

The recalled Kitchen Gourmet® Hot Pots, which are used to heat beverages, are made of white plastic and have a date code of 0702 on the bottom of the pot and box. The hot pots, which are shaped like a pitcher, also have the words, "Kitchen Gourmet", "Do Not Immerse in Water" and "Made in China" printed on the bottom.

Walgreens stores nationwide sold the hot pots from September 2002 through January 2003 for about $10.

Consumers should stop using the hot pots immediately and return them to the store where they were purchased for a full refund. Consumers can also receive a full refund by mailing the hot pot to Atico International USA Inc, 501 S. Andrews Avenue, Fort Lauderdale, Florida 33301. For more information, consumers can call Atico at (800) 645-3867 between 9:00 a.m. and 5:00 p.m. ET Monday through Friday or log on to the company's website at www.aticousa.com.



To see a picture of the recalled product(s) and/or to establish a link from your web site to this press release on CPSC's web site, link to the following address: http://www.cpsc.gov/cpscpub/prerel/prhtml03/03090.html. The U.S. Consumer Product Safety Commission protects the public from unreasonable risks of injury or death from 15,000 types of consumer products under the agency's jurisdiction. To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at http://www.cpsc.gov/talk.html. Consumers can obtain this release and recall information at CPSC's web site at http://www.cpsc.gov.
#### ####

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                 Washington, DC 20207

FOR IMMEDIATE RELEASE
September 2, 2005
Release #05-257

Firm's Recall Hotline: (877) 546-4835
CPSC Recall Hotline: (800) 638-2772
CPSC Media Contact: (301) 504-7908

## CPSC, Atico International USA, Inc. Announce Recall of Children's Arm Band Pool Floats Sold at CVS Stores

WASHINGTON, D.C. – The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer product. Consumers should stop using recalled products immediately unless otherwise instructed.

**Name of Product:** Surf Club™ Arm Bands

**Units:** About 480,000 pairs

**Agent:** Atico International USA, Inc., of Fort Lauderdale, Fla.

**Importer:** CVS Pharmacy, Inc., of Woonsocket, R.I.

**Hazard:** The seams of the inflatable arm bands can tear, causing them to deflate. This poses a drowning hazard to young children.

**Incidents/Injuries:** Atico International has received two reports of the seams of inflatable arm bands tearing during use. No injuries have been reported. This recall is being conducted to prevent the possibility of injuries.

**Description:** The recalled plastic inflatable arm band pool floats are bright orange on the outside and white on the inside with an inflation valve on each side. They are imprinted with a "Surf Club" logo, "CVS/pharmacy," and "Caution: This is not a lifesaving device. Do not leave child unattended while in use." When inflated, the arm bands measure about 8-inches long by 6-inches wide.

**Sold at:** CVS stores nationwide from April 2003 through August 2005 for about $1.

**Manufactured in:** China

**Remedy:** Parents should immediately stop their children from using the recalled arm band pool floats and return them to CVS for a full refund.

**Consumer Contact:** Consumers with questions should call Atico toll-free at (877) 546-4835 between 9 a.m. and 5 p.m. ET Monday through Friday, or visit the company's Web site at www.aticousa.com



---

<u>Send the link for this page to a friend!</u> The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30 years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's

teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                    Washington, DC 20207

---

FOR IMMEDIATE RELEASE
November 1, 2006
Release #07-022

**Firm's Recall Hotline: (877) 546-4835**
CPSC Recall Hotline: (800) 638-2772
CPSC Media Contact: (301) 504-7908

## Atico International USA, Inc. Recalls Espresso Makers for Burn and Impact Injury Hazards

WASHINGTON, D.C. - The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer product. Consumers should stop using recalled products immediately unless otherwise instructed.

**Name of Product:** Espresso Express™ Espresso Makers

**Units:** About 54,000

**Distributor:** Atico International USA, Inc., of Fort Lauderdale, Fla.

**Hazard:** The espresso maker's heating element can forcefully separate from its base during the brewing cycle. This poses burn and impact injury hazards to nearby consumers.

**Incidents/Injuries:** Atico International has received 42 reports of incidents involving the heating element forcefully separating from its base. Among these incidents, there were nine reports of minor scald burns and seven reports of consumers being hit by parts of the espresso maker.

**Description:** The Espresso Maker has a black base and a silver water reservoir. The coffee carafe is smoke-colored plastic with a back handle. The words "EspressoExpress™" are imprinted on the black base. The item number is W14A7166, which is located underneath the base.

**Sold at:** CVS Pharmacy, Farmacias El Amal, Happy Harry's, Navarro Discount Pharmacies, Kerr Drug, Bartell Drug and Lewis Drug from August 2005 through October 2005 for between $15 and $30.

**Manufactured in:** China

**Remedy:** Consumers should immediately stop using the recalled espresso makers and contact Atico for product verification and instructions on returning the product for a refund.

**Consumer Contact:** Call Atico International USA, Inc. at (877) 546-4835 between 9 a.m. and 5 p.m. ET Monday through Friday, or go the company's Web site at www.aticousa.com

Page 13 of 22





EspressoExpress
ELECTRIC
ESPRESSO MAKER
• Enjoy Cafe Tasting Espresso at Home
• Makes Up to 5 Cups
of Espresso (2oz. Cups)
• Auto Shut Off
• Magnetic Detachable Power Cord

Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30 years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                                    Washington, DC 20207

FOR IMMEDIATE RELEASE                    **Atico Recall Hotline: (800) 645-3867**
July 11, 2001                            CPSC Consumer Hotline: (800) 638-2772
Release # 01-187            CPSC Media Contact: Yolanda Fultz-Morris, (301) 504-7066

## CPSC, Atico International USA Inc. Announce Recall of Percolators

WASHINGTON, D.C.- In cooperation with the U.S. Consumer Product Safety Commission (CPSC), Atico International USA Inc., of Fort Lauderdale, Fla., is voluntarily recalling about 198,000 electric percolators. If the thermostat fails, the plastic housing of the percolator can overheat and melt while in use, posing a fire hazard.

Atico has received six reports of fires as a result of overheating with these percolators resulting in minor property damage to kitchen counters and cabinets. There have been two reports of minor burns to the hand.

The recall includes Atico's Kitchen Gourmet Automatic 10 Cup Percolator and Prinetti Electric 10 Cup Percolator. The white plastic percolators have gray bases. The Kitchen Gourmet Automatic 10 Cup Percolator is decorated with three red flowers on the front. The Prinetti Electric 10 Cup Percolator is plain white with "Prinetti" written on the front.

Drug and discount stores nationwide sold these percolators from January 1996 through January 2001 for about $10.

Consumers should stop using these percolators immediately and call Atico International toll free at (800) 645-3867 between 8 a.m. and 5 p.m. ET Monday through Friday for information on how to receive a refund.



Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30 years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                    Washington, DC 20207

FOR IMMEDIATE RELEASE
October 1, 1998
Release # 99-002

**Company Phone Number: (800) 395-1001**
CPSC Consumer Hotline: (800) 638-2772
CPSC Media Contact: Nychelle Fleming, (301) 504-7063

## CPSC, Atico International USA Inc. Announce Recall of Pacifiers Sold at Bath & Body Works

WASHINGTON, D.C. - In cooperation with the U.S. Consumer Product Safety Commission (CPSC), Atico International USA Inc., of Fort Lauderdale, Fla., is recalling approximately 13,000 pacifiers, sold both as part of a diaper bag gift set and individually as a pacifier with clip. The nipples on these pacifiers could separate from the base, posing a choking hazard to children.

CPSC and Atico are not aware of any injuries involving these pacifiers. This recall is being conducted to prevent the possibility of injuries.

The pacifiers have an off-white plastic, oblong shield with a ring handle. The diaper bag gift set included a pacifier, a baby bottle and changing pad. Writing on the side of the diaper bag read, "Doody Bag." The pacifier with clip has a circular moss-green plastic clip which is designed to attach to a child's clothing. The clip has a mauve-colored ribbon designed to attach to the pacifier. The words, "Plug me in & enjoy the silence" are written on the clip.

Bath & Body Works stores nationwide sold the pacifiers in the gift set and the pacifier with clip between June 1998 and September 1998. The diaper bag gift set sold for about $28 and the pacifier with clip sold for about $4.

Consumers should stop using the recalled pacifiers immediately, and return them to a Bath & Body Works store for a refund and a $25 gift certificate. For more information, consumers can call Bath & Body Works at (800) 395-1001 between 9 a.m. and 5 p.m. EDT Monday through Friday.





Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30

years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                    Washington, DC 20207

FOR IMMEDIATE RELEASE                    CPSC Consumer Hotline: (800) 638-2772
May 10, 2000                    CPSC Media Contact: Kim Dulic, (301) 504-7058
Release # 00-107c

## CPSC, ATICO International Recall Candle Holders

PRODUCT: Candle Holders - ATICO International USA Inc., of Ft. Lauderdale, Fla., is recalling about 14,000 lighthouse-shaped candle holders. They are made of wood (painted white or natural) with a glass and metal top. They measure about 11 inches high and 5 inches wide. A tealight candle is placed in the top of the lighthouse and can be seen burning through the glass windows. There is no identifying information on the product. A sticker on the bottom of the candleholder reads, "Made in China." Rite Aid stores nationwide sold the candle holders from January through March 2000 for about $10.



PROBLEM: The wooden top of the candle holder can ignite, presenting fire and burn hazards to consumers.

INCIDENTS/INJURIES. ATICO International USA Inc. has received three reports of candle holders igniting. No injuries have been reported. recalls)

WHAT TO DO: Consumers should stop using the candle holders immediately and return the product to the nearest Rite Aid for a full refund. For questions, consumers should call ATICO International USA Inc. at (800) 645-3867 between 8 a.m. and 5 p.m. ET Monday through Friday. Consumers also can visit Rite Aid's web site at http://www.riteaid.com/company_info/pr/recall_frameset.html

---

Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30 years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.