IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LORI GREINER,<br>An Individual,<br>　　　　　　Plaintiff,<br>AND<br><br>FOR YOUR EASE ONLY, INC.<br>An Illinois Corporation,<br>　　　　　　Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION<br>(formerly CVS CORP.),<br>A Delaware Corporation,<br>　　　　　　Defendant,<br>CVS PHARMACY, INC.<br>A Rhode Island Corporation,<br>　　　　　　Defendant, and<br><br>ATICO INTERNATIONAL USA, INC.,<br>A Delaware Corporation<br>　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07 C 6451<br><br>The Honorable Jude Charles Norgle<br><br>Magistrate Judge Susan Cox<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Plaintiff, FOR YOUR EASE ONLY, INC., an Illinois corporation, by and through their attorneys, Donald B. Levine of Levine & Ginsburg Ltd., and Daniel McDonald of Merchant & Gould P.C., hereby files its Notification of Affiliates – Disclosure Statement as required by Local Rule 3.2 of the United States District Court for the Northern District of Illinois and states as follows:

## DISCLOSURE

For Your Ease Only, Inc., is a non-governmental business entity; For Your Ease Only, Inc., does not have any parent corporations; and no publicly held company holds more than ten percent (10%) of the shares or partnership interests in For Your Ease Only, Inc.

LORI GREINER AND
FOR YOUR EASE ONLY, INC.,

By their attorneys,

Date: February 1, 2008

/s/ Donald B. Levine
Donald B. Levine, IL # 1637355
LATIMER LEVAY JURASEK L.L.C.
55 West Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000

and

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300