February 1, 2008


Director of the U.S. Patent and Trademark Office
PO Box 1450
Alexandria, VA 22313-1450

Re:   *Notice of Patent Suit 35 U.S.C. 290*

     In accordance with 35 U.S.C. 290, you are hereby notified that suit has been brought in the United States District Court, Northern District of Illinois, alleging infringement of U.S. Patent No. D528,840. The names and addresses of the parties are:

| **Plaintiffs** | **Defendants** |
|---|---|
| Lori Greiner<br>1301 North Dearborn Parkway<br>Chicago, IL 60610 | CVS Corp.<br>One CVS Drive<br>Woonsocket, RI 02895 |
| For Your Ease Only, Inc.<br>1301 North Dearborn Parkway<br>Chicago, IL 60610 | CVS Pharmacy, Inc.<br>One CVS Drive<br>Woonsocket, RI 02895 |
| | Atico International USA, Inc.<br>501 S. Andrews Avenue<br>Fort Lauderdale, FL 33301 |

     The name of the inventor is Lori Greiner.

                                Sincerely,


                                Clerk of Court