IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GREINER,<br>An Individual, | )<br>) | |
| Plaintiff, | ) | |
| AND | )<br>) | |
| FOR YOUR EASE ONLY, INC.<br>An Illinois Corporation, | )<br>)<br>) | |
| Plaintiff, | ) | Civil Action No. 07 C 6451 |
| v. | )<br>)<br>) | Honorable Judge Charles Norgle |
| CVS CAREMARK CORPORATION<br>(formerly CVS CORP.),<br>A Delaware Corporation, | )<br>)<br>)<br>) | Magistrate Judge Susan Cox |
| Defendant, | ) | |
| CVS PHARMACY, INC.<br>A Rhode Island Corporation, | )<br>)<br>) | |
| Defendant, and | ) | |
| ATICO INTERNATIONAL USA, INC.,<br>A Delaware Corporation | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**NOTICE OF FILING**

To: David Benjamin Goodman
Shaw Gussis Fishman Glanz
Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, Illinois 60610

PLEASE TAKE NOTICE that on this 1st day of February, 2008, we electronically filed with the Clerk of the above-referenced Court, **the Declaration of Keith M. Sorge Supporting Plaintiff's Opposition to Defendant Atico's Motion to Dismiss and Plaintiff's Notification of Affiliates – Disclosure Statement,** copies of which are attached hereto.

Page 1 of 2

|  |  |
|---|---|
|  | **LORI GREINER AND FOR YOUR EASE ONLY, INC.,** |
|  | By their attorneys, |
| Date: February 1, 2008 | /s/Donald B. Levine |
|  | Donald B. Levine, IL # 1637355<br>LATIMER LEVAY JURASEK LLC<br>55 West Monroe Street<br>Suite 1100<br>Chicago, IL 60603<br>(312) 422-8000 |
|  | and |
|  | Daniel W. McDonald<br>Merchant & Gould P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>(612) 332-5300 |