IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GREINER, <br> An Individual, <br>     Plaintiff, <br> AND <br><br> FOR YOUR EASE ONLY, INC. <br> An Illinois Corporation, <br><br>     Plaintiff, <br><br> v. <br><br> CVS CAREMARK CORPORATION <br> (formerly CVS CORP.), <br> A Delaware Corporation, <br><br>     Defendant, <br> CVS PHARMACY, INC. <br> A Rhode Island Corporation, <br><br>     Defendant, and <br><br> ATICO INTERNATIONAL USA, INC., <br> A Delaware Corporation <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07 C 6451 <br><br> Honorable Judge Charles Norgle <br><br> Magistrate Judge Susan Cox <br><br><br><br><br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

  I the undersigned, do hereby certify that I served the foregoing Notice of Filing, Certificate of Service, the Declaration of Keith M. Sorge Supporting Plaintiff's Opposition to Defendant Atico's Motion to Dismiss and Plaintiff's Notification of Affiliates – Disclosure Statement, which were electronically filed on February 1, 2008, by mailing copies to those individuals as listed below by depositing same in the U.S. mail depository located at 55 West Monroe Street, Chicago, Illinois on February 1, 2008 postage prepaid:

    David Benjamin Goodman
    Shaw Gussis Fishman Glanz
    Wolfson & Towbin LLC
    321 North Clark Street
    Suite 800
    Chicago, Illinois 60610

Date: February 1, 2008                    /s/Donald B. Levine
                                                     Donald B. Levine, IL # 1637355
LATIMER LEVAY JURASEK LLC
55 West Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000

and

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
(612) 332-5300