IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GREINER, <br> An Individual, <br>                 Plaintiff, <br> AND <br><br> FOR YOUR EASE ONLY, INC. <br> An Illinois Corporation, <br><br>                 Plaintiff, <br><br> v. <br><br> CVS CAREMARK CORPORATION <br> (formerly CVS CORP.), <br> A Delaware Corporation, <br><br>                 Defendant, <br> CVS PHARMACY, INC. <br> A Rhode Island Corporation, <br><br>                 Defendant, and <br><br> ATICO INTERNATIONAL USA, INC., <br> A Delaware Corporation <br>                 Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> Civil Action No. 07 C 6451 <br><br><br> Honorable Judge Charles Norgle <br><br> Magistrate Judge Susan Cox <br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF FILING

To:    David Benjamin Goodman
        Shaw Gussis Fishman Glanz
        Wolfson & Towbin LLC
        321 North Clark Street
        Suite 800
        Chicago, Illinois 60610

     PLEASE TAKE NOTICE that on this 1st day of February, 2008, we electronically filed with the Clerk of the above-referenced Court, **Plaintiff's Opposition to Defendant Atico's Motion to Dismiss,** a copy of which is attached hereto.

                                                                          **LORI GREINER AND FOR**
                                                                           **YOUR EASE ONLY, INC.,**

By their attorneys,

Date: February 1, 2008

    /s/Donald B. Levine
Donald B. Levine, IL # 1637355
LATIMER LEVAY JURASEK LLC
55 West Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000

and

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
(612) 332-5300