IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GREINER,<br>An Individual, | ) ) | |
| Plaintiff, | ) ) | |
| AND | ) ) | |
| FOR YOUR EASE ONLY, INC.<br>An Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 C 6451 |
| v. | ) ) | Honorable Judge Charles Norgle |
| CVS CAREMARK CORPORATION<br>(formerly CVS CORP.),<br>A Delaware Corporation, | ) ) ) ) | Magistrate Judge Susan Cox |
| Defendant, | ) | |
| CVS PHARMACY, INC.<br>A Rhode Island Corporation, | ) ) ) | |
| Defendant, and | ) ) | |
| ATICO INTERNATIONAL USA, INC.,<br>A Delaware Corporation | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I the undersigned, do hereby certify that I served the foregoing Notice of Filing, Certificate of Service and Plaintiff's Opposition to Defendant Atico's Motion to Dismiss, which were electronically filed on February 1, 2008, by mailing copies to those individuals as listed below by depositing same in the U.S. mail depository located at 55 West Monroe Street, Chicago, Illinois on February 1, 2008 postage prepaid:

> David Benjamin Goodman
> Shaw Gussis Fishman Glanz
> Wolfson & Towbin LLC
> 321 North Clark Street
> Suite 800
> Chicago, Illinois 60610

| | |
|---|---|
| Date: February 1, 2008 |     /s/Donald B. Levine<br>Donald B. Levine, IL # 1637355<br>LATIMER LEVAY JURASEK LLC<br>55 West Monroe Street<br>Suite 1100<br>Chicago, IL 60603<br>(312) 422-8000<br><br>    and<br><br>Daniel W. McDonald<br>Merchant & Gould P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>(612) 332-5300 |