UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI GREINER, individual, and FOR YOUR EASE ONLY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>CVS CORPORATION, ATICO INTERNATIONAL USA, INC.,<br><br>Defendants. | Case No. 07 C 6451<br><br>The Honorable Judge Charles Norgle<br><br>Magistrate Judge Susan Cox |

## NOTICE OF MOTION

**TO:**  Donald B. Levine                         Daniel W. McDonald
        Latimer LeVay Jurasek LLC                 Merchant & Gould P.C.
        55 West Monroe Street                     3200 IDS Center
        Suite 1100                                80 South Eighth Street
        Chicago, IL  60603                        Minneapolis, MN 55402-2215

     **PLEASE TAKE NOTICE** that on **February 8, 2008, 9:30 a.m.,** or soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Charles R. Norgle, Sr.,** in courtroom 2341, or in room usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Atico's Unopposed Motion To Withdraw Motion To Dismiss And To Enlarge Time For Answer To Amended Complaint,** a copy of which is attached hereto and hereby served upon you.

{6478 NOM A0199288.DOC}

Dated:  February 6, 2008                                  Respectfully Submitted,


                                                                    /s/ David B. Goodman
                                                            Counsel For Defendants


***Attorneys for Defendants***

David B. Goodman ( IL Bar No. 6201242)
Shaw Gussis, *of counsel*
321 N. Clark Street, Suite 800
Chicago, Illinois 60610
Tel. 312-541-0151
Fax 312-980-3888
dgoodman@shawgussis.com

*Of Counsel & Pro Hac Vice*
Jason R Buratti (D.C. Bar Number 473816)
Jeffrey H. Kamenetsky (Fl. Bar Number 114571)
Joseph R. Englander (Fl. Bar Number 935565)
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
jburatti@cwiplaw.com
jkamenetsky@cwiplaw.com

**CERTIFICATE OF SERVICE**

David B. Goodman, an attorney, hereby certifies that he caused a copy of DEFENDANT ATICO'S NOTICE OF MOTION AND MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Donald B. Levine
> Latimer LeVay Jurasek LLC
> 55 West Monroe Street
> Suite 1100
> Chicago, IL  60603

and by First Class U.S. Mail from 321 N. Clark Street, Suite 800, Chicago, Illinois in properly addressed envelope with postage prepaid to be served on:

> Daniel W. McDonald
> Merchant & Gould P.C.
> 3200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402-2215

on this 6th day of February, 2008.

                                                    /s/   David B. Goodman
                                                        David B. Goodman