UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Lori Greiner, et al.
                              Plaintiff,

v.                                      Case No.: 1:07−cv−06451
                                                       Honorable Charles R. Norgle Sr.

Atico International USA, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 8, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.: Defendant Atico's Unopposed Motion to Withdraw Motion to Dismiss and to Enlarge Time for Answer Amended Complaint [31] is granted. Defendant's Motion to Dismiss [11] is withdrawn. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.