# EXHIBIT A

US00D528840S

(12) **United States Design Patent**  (10) Patent No.: **US D528,840 S**
Greiner  (45) Date of Patent: ★★ **Sep. 26, 2006**

(54) JEWELRY STORAGE CONTAINER

(76) Inventor: Lori Greiner, 1301 Dearborn Pkwy., Suite 402, Chicago, IL (US) 60610

(**) Term: 14 Years

(21) Appl. No.: 29/198,693

(22) Filed: Feb. 3, 2004

(51) LOC (8) Cl. .................................. 06-04
(52) U.S. Cl. ................................. D6/559
(58) Field of Classification Search ........ D6/553, D6/559, 560, 561, 329, 396, 432, 448, 436–439, D6/444–446; 312/209, 234, 224–225, 242, 312/245; 206/320, 823
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D237,234 S * 10/1975 Wertz ..................... D6/559
D243,136 S    1/1977 Foster

(Continued)

OTHER PUBLICATIONS

Fine Wood Working; Greene and Greene, Sep. 1978; No. 12; p. 51.
Fine Wood Working; Woodworking in Mendocino, Jul./Aug. 1981; No. 29, p. 37.
Fine Wood Working; Picture Framing; Jul./Aug. 1982; No. 35, p. 88.
Fine Wood Working; Furnituremaking in the Northwest; Mar./Apr. 1983; No. 39, p. 80.
Fine Wood Working; Building a Secretair-Bookcase; Jan./Feb. 1983; No. 38, p. 98.
Fine Wood Working; Making Cabriole Legs; Sep./Oct. 1983; No. 42, p. 71.
Fine Wood Working; Painted Chests; Sep./Oct. 1984; No. 48, p. 32.
Fine Wood Working; Tage Frid; May/Jun. 1985; No. 52, p. 69.
Fine Wood Working; Tuning-Up a Tablesaw; Sep./Oct. 1989; No. 78, p. 51.
Fine Wood Working; Woodworking in Hawaii; Aug. 1990; No. 83, p. 38.
Fine Wood Working; Krenov Students' Show; Dec. 1991; No. 91, p. 96.
Fine Wood Working; Cabinet Lighting; Aug. 1993; No. 101; by Jean Sousa.

(Continued)

*Primary Examiner*—Brian N Vinson
(74) *Attorney, Agent, or Firm*—Fredrikson & Byron, P.A.

(57) **CLAIM**

The ornamental design for a jewelry storage container, as shown and described.

DESCRIPTION

FIG. 1 is a perspective view of the exterior of our new container.
FIG. 2 is a front elevation view of our new container.
FIG. 3 is a right side elevation view of our new container.
FIG. 4 is a left side elevation view of our new container.
FIG. 5 is a top plan view of our new container. The bottom plan view of our new container is a mirror image of FIG. 5.
FIG. 6 is a perspective view of the interior of a first embodiment of our new container.
FIG. 7 is a perspective view of the interior of a second embodiment of our new container, where earring bars are removably mounted on metal strips on the inner surface of the door.
FIG. 8 is a front elevation view of an earring bar used with the embodiment of FIG. 7.
FIG. 9 is a back elevation view of the earring bar of FIG. 8.
FIG. 10 is a top plan view of an earring bar of FIG. 8.
FIG. 11 is a bottom plan view of a new earring bar of FIG. 8; and,
FIG. 12 is a right side view of the earring bar of FIG. 8. The left side view of the earring bar of FIG. 8 is a mirror image of FIG. 1.

The broken lines in the drawing do not form a part of the claimed invention.

**1 Claim, 5 Drawing Sheets**



U.S. PATENT DOCUMENTS

| Patent | Date | Name | Class |
|---|---|---|---|
| 4,076,350 A | 2/1978 | Crist | |
| 4,209,212 A | 6/1980 | McGoldrick | |
| D280,876 S | 10/1985 | Chabanet | |
| D297,087 S | 8/1988 | Fortescue | |
| D303,894 S | 10/1989 | Baus | |
| D321,451 S | 11/1991 | Greve | |
| 5,141,300 A * | 8/1992 | Ciesla | 312/245 |
| 5,163,745 A | 11/1992 | Zagata | |
| 5,368,378 A | 11/1994 | Curtis | |
| D366,796 S | 2/1996 | Crowley | |
| D383,937 S | 9/1997 | Myers | |
| D394,762 S | 6/1998 | Greiner | |
| 5,762,184 A | 6/1998 | Greiner | |
| D395,768 S | 7/1998 | Greiner | |
| D416,736 S * | 11/1999 | Bergin | D6/559 |
| D419,353 S * | 1/2000 | Kato | D6/559 |
| 6,158,578 A | 12/2000 | Greiner | |
| 6,595,609 B1 | 7/2003 | Greiner | |
| D497,069 S * | 10/2004 | Aisley et al. | D6/559 |
| D500,224 S * | 12/2004 | Drehs | D6/559 |
| 6,857,519 B1 | 2/2005 | Daetweiler et al. | |
| D504,265 S * | 4/2005 | Walker | D6/559 |
| 2003/0146678 A1 | 8/2003 | Greiner | |
| 2004/0000848 A1 | 1/2004 | Greiner | |

OTHER PUBLICATIONS

Color copies of redENVELOPE catalog; Gifts for Valentine's Day 2004; pp. 30 and 32.

"Jewelry-Closet"™ Cabinet, http://web.archive.org/web/20031026073135/www.mingocustomwoods.com, 3 pages (Aug. 2000).

* cited by examiner

FIG.1



**U.S. Patent**     Sep. 26, 2006     Sheet 2 of 5     US D528,840 S

FIG.2     FIG.3     FIG.4



FIG.5



**FIG.6**





FIG.7



FIG.8
FIG.9
FIG.10
FIG.11
FIG.12

# EXHIBIT B

# CVS/pharmacy

Welcome! **Sign in** or **sign up** for easier shopping.


$5 OFF orders of $30 PLUS SHIP FREE!*

**Shopping Cart** *Quick View*
Items: n/a
Current Total: n/a

## Get $4 off $20 when you sign up for email offers from ExtraCare

# Weekly Store Ads

**Weekly Store Ad Home**, Item Detail

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads ar available only for the store location you have chosen, and may vary from CVS.com and/or other stores.



**Weekly Store Ad for this CVS/pharmacy store:**

8225 East Garvey Avenue
Rosemead, CA 91770

**Map & driving directions**

**Select another location**

**Printable Shopping List**

0 Ads on your list

**Print and view your list**

**Sign up for Email Alerts of new Weekly Store Ads:**

email address here

**Search Weekly Store Ads:**

**View all**

**More ways to browse:**

**Categories**
-- click to select --

**Brands**
-- click to select --

**Flash or HTML**

Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n

<< Back  View all **items** from this Weekly Store Ad page

**Mirrored Jewelry Box**

$49.99
thru Nov 10

+ Add to Shopping List

•Tilt mirror 55" with stand •Holds minimum 33 p earrings •Necklace & bracelet hooks •Rod for bar tennis bracelets

<< Back  View all **items** from this Weekly Store Ad page

**Online Only Specials**

- LIMITED TIME -
*FREE STANDARD SHIPPING ON NONPRESCRIPTION ORDERS OF $30 OR MORE!

Yours is a story of caring. Share it here >

$5 OFF your order of $30!*
Plus, FREE Shipping >

Be pre for fl Flu Sh Learn

http://cvs.shoplocal.com/cvs/Default.aspx?action=browsepagedetail&storeid=2506863&r...    11/07/2007

# CVS/pharmacy

Welcome! **Sign in** or **sign up** for easier shopping.



$5 OFF orders of $30  PLUS SHIP FREE!

**Shopping Cart** *Quick View*
Items: n/a
Current Total: n/a

---

## Get $4 off $20 when you sign up for email offers from ExtraCare

## Weekly Store Ads

**Weekly Store Ad Home** , Browse Weekly Store Ad: Page 2

**Please note:** Offers, products and pricing in the advertised Weekly Store Ads ar available only for the store location you have chosen,
and may vary from CVS.com and/or other stores.

| | |
|---|---|
| **Weekly Store Ad for this CVS/pharmacy store:** 8225 East Garvey Avenue Rosemead, CA 91770  **Map & driving directions**  **Select another location**  **Printable Shopping List**  0 Ads on your list  **Print and view your list**  **Sign up for Email Alerts of new Weekly Store Ads:** email address here ▶  **Search Weekly Store Ads:** ▶  **View all**  **More ways to browse:** **Categories** -- click to select -- **Brands** -- click to select -- **Flash or HTML** | Prices effective Sunday, Nov 4th - Saturday, Nov 10th (except as n  << Previous | View all pages | Jump to: Page 2 | Next >>  **Facing pages | Large image**    Facing pages | Large image Print this page  **Items on Page 2**  **Mirrored Jewel** $49.99 thru Nov 10 Add to Shoppin  **Charging Static** $19.99 WITH CARD thru Nov 10 Add to Shoppin  **AS SEEN ON TV** $14.99 EACH thru Nov 10 Add to Shoppin  **Duraflame** $14.99 WITH CARD thru Nov 10 Add to Shoppin  **AS SEEN ON TV** It's Like Paying...$13.9 after extra buc |

http://cvs.shoplocal.com/cvs/Default.aspx?action=browsepagesingle&storeid=2506863&r...    11/07/2007