## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LORI GREINER, <br> An Individual, <br> Plaintiff, <br> AND <br> FOR YOUR EASE ONLY, INC. <br> An Illinois Corporation, <br> Plaintiff, <br> v. <br> CVS CAREMARK CORPORATION <br> (formerly CVS CORP.), <br> A Delaware Corporation, <br> Defendant, <br> CVS PHARMACY, INC. <br> A Rhode Island Corporation, <br> Defendant, and <br> ATICO INTERNATIONAL USA, INC., <br> A Delaware Corporation <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07 C 6451 <br><br> Honorable Judge Charles Norgle <br><br> Magistrate Judge Susan Cox <br><br><br><br><br><br> JURY TRIAL DEMANDED |

## **NOTICE OF FILING**

To:  David Benjamin Goodman
     Shaw Gussis Fishman Glanz
     Wolfson & Towbin LLC
     321 North Clark Street
     Suite 800
     Chicago, Illinois 60610

    PLEASE TAKE NOTICE that on this 15th day of February, 2008, we electronically filed  with the Clerk of the above-referenced Court, **Plaintiff's Second Amended Complaint,** a copy of which is attached hereto.

Page 1 of 2

                        **LORI GREINER AND FOR YOUR EASE ONLY, INC.,**

                        By their attorneys,

Date: February 15, 2008                /s/Donald B. Levine

                        Donald B. Levine, IL # 1637355
                        LATIMER LEVAY JURASEK LLC
                        55 West Monroe Street
                        Suite 1100
                        Chicago, IL 60603
                        (312) 422-8000

                        and

                        Daniel W. McDonald
                        Merchant & Gould P.C.
                        3200 IDS Center
                        80 South Eighth Street
                        Minneapolis, MN  55402-2215
                        (612) 332-5300

N:\Clients\40000-12\docs\NOF 2-15-08.doc