IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GREINER,<br>An Individual, | ) ) | |
| Plaintiff, | ) ) | |
| AND | ) ) | |
| FOR YOUR EASE ONLY, INC.<br>An Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 C 6451 |
| v. | ) ) | Honorable Judge Charles Norgle |
| CVS CAREMARK CORPORATION<br>(formerly CVS CORP.),<br>A Delaware Corporation, | ) ) ) ) | Magistrate Judge Susan Cox |
| Defendant, | ) | |
| CVS PHARMACY, INC.<br>A Rhode Island Corporation, | ) ) ) | |
| Defendant, and | ) ) | |
| ATICO INTERNATIONAL USA, INC.,<br>A Delaware Corporation | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I served the foregoing **Notice of Filing, Certificate of Service, and Plaintiff's Second Amended Complaint**, which were electronically filed on February 15, 2008, by mailing copies to those individuals as listed below by depositing same in the U.S. mail depository located at 55 West Monroe Street, Chicago, Illinois on February 15, 2008 postage prepaid:

        David Benjamin Goodman
        Shaw Gussis Fishman Glanz
        Wolfson & Towbin LLC
        321 North Clark Street
        Suite 800
        Chicago, Illinois 60610

Date: February 15, 2008                              /s/Donald B. Levine
                                                  Donald B. Levine, IL # 1637355
LATIMER LEVAY JURASEK LLC
55 West Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000

and

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
(612) 332-5300

N:\Clients\40000-12\docs\Certificate of Service 2-15-08.doc