IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GREINER, <br> An Individual, | ) <br> ) | |
| Plaintiff, | ) ) | |
| AND | ) ) | |
| FOR YOUR EASE ONLY, INC. <br> An Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 C 6451 |
| v. | ) ) | Honorable Judge Charles Norgle |
| CVS CAREMARK CORPORATION <br> (formerly CVS CORP.), <br> A Delaware Corporation, | ) ) ) ) | Magistrate Judge Susan Cox |
| Defendant, | ) | |
| CVS PHARMACY, INC. <br> A Rhode Island Corporation, | ) ) ) | |
| Defendant, and | ) ) | |
| ATICO INTERNATIONAL USA, INC., <br> A Delaware Corporation <br> Defendant. | ) ) ) | JURY TRIAL DEMANDED |

## AMENDED NOTICE OF FILING

To:  David Benjamin Goodman            Jason R. Buratti
     Shaw Gussis Fishman Glanz         Jeffrey H. Kamenetsky
     Wolfson & Towbin LLC              Joseph Glander
     321 North Clark Street            Christopher & Weisberg, PA
     Suite 800                         200 East Las Olas Blvd., Suite 200
     Chicago, Illinois 60610           Ft. Lauderdale, Florida  33301

   PLEASE TAKE NOTICE that on this 15th day of February, 2008, we electronically filed with the Clerk of the above-referenced Court, **Plaintiff's Second Amended Complaint,** a copy of which is attached hereto.

Page 1 of 2

|  |  |
|---|---|
|  | **LORI GREINER AND FOR YOUR EASE ONLY, INC.,** |
|  | By their attorneys, |
| Date: February 15, 2008 |       /s/Donald B. Levine      <br>Donald B. Levine, IL # 1637355<br>LATIMER LEVAY JURASEK LLC<br>55 West Monroe Street<br>Suite 1100<br>Chicago, IL 60603<br>(312) 422-8000 |
|  | and |
|  | Daniel W. McDonald<br>Merchant & Gould P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>(612) 332-5300 |