IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GREINER, <br> An Individual, <br>                Plaintiff, <br> AND <br><br> FOR YOUR EASE ONLY, INC. <br> An Illinois Corporation, <br><br>                Plaintiff, <br><br> v. <br><br> CVS CAREMARK CORPORATION <br> (formerly CVS CORP.), <br> A Delaware Corporation, <br><br>                Defendant, <br> CVS PHARMACY, INC. <br> A Rhode Island Corporation, <br><br>                Defendant, and <br><br> ATICO INTERNATIONAL USA, INC., <br> A Delaware Corporation <br>                Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> Civil Action No. 07 C 6451 <br><br><br> Honorable Judge Charles Norgle <br><br> Magistrate Judge Susan Cox <br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## AMENDED CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that I served the foregoing **Amended Notice of Filing, Amended Certificate of Service, and Plaintiff's Second Amended Complaint**, which were electronically filed on February 15, 2008, by mailing copies to those individuals as listed below by depositing same in the U.S. mail depository located at 55 West Monroe Street, Chicago, Illinois on February 15, 2008 postage prepaid:

               David Benjamin Goodman
               Shaw Gussis Fishman Glanz
               Wolfson & Towbin LLC
               321 North Clark Street
               Suite 800
               Chicago, Illinois 60610

               Jason R. Buratti

        Jeffrey H. Kamenetsky
        Joseph Glander
        Christopher & Weisberg, PA
        200 East Las Olas Boulevard
        Suite 200
        Fort Lauderdale, FL 33301

Date: February 15, 2008        /s/Donald B. Levine
                                                Donald B. Levine, IL # 1637355
                                                LATIMER LEVAY JURASEK LLC
                                                55 West Monroe Street
                                                Suite 1100
                                                Chicago, IL 60603
                                                (312) 422-8000

                                                and

                                                Daniel W. McDonald
                                                Merchant & Gould P.C.
                                                3200 IDS Center
                                                80 South Eighth Street
                                                Minneapolis, MN  55402-2215
                                                (612) 332-5300