# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LORI GREINER, individual, and FOR YOUR EASE ONLY, INC.<br><br>       Plaintiffs,<br><br>vs.<br><br>CVS CORPORATION, ATICO INTERNATIONAL USA, INC.,<br><br>       Defendants. | Case No. 07 C 6451<br><br>The Honorable Judge Charles Norgle<br><br>Magistrate Judge Susan Cox |

## NOTICE OF FILING

**TO:** Donald B. Levine  
Latimer LeVay Jurasek LLC  
55 West Monroe Street  
Suite 1100  
Chicago, IL  60603  

Daniel W. McDonald  
Merchant & Gould P.C.  
3200 IDS Center  
80 South Eighth Street  
Minneapolis, MN 55402-2215  

William D. Schultz  
Merchant & Gould, PC  
80 South Eighth Street  
Suite 3200  
Minneapolis, MN 55402  

Keith M Sorge  
Merchant & Gould, P.C.  
3200 IDS Center  
80 South Eighth Street  
Suite 3200  
Minneapolis, MN 55402  

     PLEASE TAKE NOTICE that on Monday, February 25, 2008, the undersigned, caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **ATICO INTERNATIONAL USA, INC.'S ANSWER TO SECOND AMENDED COMPLAINT,** a true and correct copy of which is attached hereto and hereby served upon you.

Dated:  February 25, 2008                                   Respectfully Submitted,


        /s/ David B. Goodman
Counsel For Atico International USA, Inc.

*Attorneys for Defendant Atico International USA, Inc.*

David B. Goodman ( IL Bar No. 6201242)
Shaw Gussis, *of counsel*
321 N. Clark Street, Suite 800
Chicago, Illinois 60610
Tel. 312-541-0151
Fax 312-980-3888
dgoodman@shawgussis.com

*Of Counsel & Pro Hac Vice*
Jason R Buratti (D.C. Bar Number 473816)
Jeffrey H. Kamenetsky (Fl. Bar Number 114571)
Joseph R. Englander (Fl. Bar Number 935565)
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
jburatti@cwiplaw.com
jkamenetsky@cwiplaw.com

## **CERTIFICATE OF SERVICE**

David B. Goodman, an attorney, hereby certifies that he caused a copy of DEFENDANT ATICO'S NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Donald B. Levine
> Latimer LeVay Jurasek LLC
> 55 West Monroe Street
> Suite 1100
> Chicago, IL  60603
>
> William D. Schultz
> Merchant & Gould, PC
> 80 South Eighth Street
> Suite 3200
> Minneapolis, MN 55402
>
> Keith M Sorge
> Merchant & Gould, P.C.
> 3200 IDS Center
> 80 South Eighth Street
> Suite 3200
> Minneapolis, MN 55402

and by First Class U.S. Mail from 321 N. Clark Street, Suite 800, Chicago, Illinois in properly addressed envelope with postage prepaid to be served on:

> Daniel W. McDonald
> Merchant & Gould P.C.
> 3200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402-2215

on this 25th day of February, 2008.

                                                  /s/   David B. Goodman
                                                      David B. Goodman